1   P. "Mike" Palmer
    POB 5564
2   Glendale, AZ 85312
    602-513-3738 (cell)
3   Dumb Pro Se



☒ FILED ___ LODGED
☒ RECEIVED ___ COPY

JUL 3 0 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z  DEPUTY



IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

Peter Michael Palmer, an individual,

    Plaintiff,

vs.

Yavapai County, a political subdivision of the State of Arizona; et. al.

    Defendants.

CV 10-8049-JWS

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MARY E. HAMM'S MOTION TO DISMISS, OR IN THE ALTERATIVE,
MOTION FOR LEAVE TO AMENDED COMPLAINT

(First Request)

(Judge John W. Sedwick)

    Pursuant to Fed. R. Civ. P. Rule 6(b), Plaintiff P. "Mike" Palmer moves for an extension of time to allow me to respond to Defendant's Motion to Dismiss, or in the alternative, with the court's leave, to file an amended complaint to cure any alleged defects in the original, pursuant to Rule 15(a)(2).

    I make this Motion for Extension before August 5, 2010, within the 17 day deadline for a Response. (Per LRCiv 7.2(c) plus Fed. R. Civ. P. Rule 6(e), the three day extension for service by mail.)

    An extension of time is needed, and good cause exists for granting an extension to respond because:

1. The husband of an elderly couple I help care for as part of my Christian ministry was just diagnosed with lung cancer in late June. He started treatment last week. Their needs come first, and I ask the Court for indulgence. The reality is, he probably won't survive the chemotherapy and that matter is not in my hands.

2. This case is a rather peculiar one, and statements in Defendant's Motion require I file a 28 U.S.C.A. §455 motion to inform the Court of peculiarities which may require disqualification. Logically and ethically, it would be prudent and in the best interest of justice for the Court to consider a motion to recuse first before entertaining Plaintiff's Response to Defendant's Motion to Dismiss. Consistent with this, it is 'required' that I make recusal facts known "at the earliest possible time." This necessarily requires that I file a Motion for Recusal before filing a Response to Defendant's Motion to Dismiss. But being only a pro se, I cannot deliver both a Motion for Recusal and a Response to Defendant by next week. It will take time.

3. I want to be diligent and give good answers. The trip to the Maricopa Superior Court Law Library for research is a two hour round trip just to get to their door and back. Logistically, it will require many hours of research to do this justice. Time to do good research will hopefully save the Court time in the end. Again I ask the Court's indulgence, especially in consideration of Item 1 vying for my time.

4. There will be no harm to Defendant. Given the history of pro se complaints, the reality is that I will have to file an amended complaint to cure any defects in my original. This will become more apparent as the rest of the Defendants answer their summonses with their various motions to dismiss and/or clarify. Those answers are expected three weeks from now. Because an amended complaint would make Defendant's present Motion to Dismiss and my Response moot, it seems prudent, and in the best interest of justice to wait a month. This will avoid duplication of effort and not waste the Court's time.

Since an amended complaint is a virtual certainty anyway, and considering the time for the Court to consider Recusal facts when they come, there is no harm to the Defendant by granting a 30 day extension of time.

1  I have contacted Mr. Appel, attorney for Judge Hamm, to see if he is willing to
2  stipulate. He reports his client is not willing to stipulate.

4  Alternatively, since an amended complaint is a virtual certainty, perhaps it's best
5  to kill the two proverbial birds with one stone and grant me leave to file an Amended
6  Complaint due in 30 days.

8  **WHEREFORE**, I request a 30 day extension from today to file a Response to
9  Defendant's Motion to Dismiss or, alternatively, to file an Amended Complaint. By my
10  reckoning, that would make a Response or an Amended Complaint due on or before
11  August 30, 2010.

13  Submitted this 30th day of June 2010

By: /s/ Peter Michael Palmer

Peter Michael Palmer
POB 5564
Glendale, AZ  85312

602-513-3738

20  Copy of the foregoing mailed on
21  July 30, 2010 to:

22  Mr. Marc Appel
23  Appel Law Office, P.L.L.C.
    10601 N. Hayden Rd., Suite I-103
24  Scottsdale, AZ  85260