Civil Action No. **CV 10-8049-PCT-JWS**

X FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 0 6 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____Cynthia Runner_____

was received by me on (*date*) _____July 20th, 2010_____.

☑ I personally served the summons on the individual at (*place*)
_120 South Cortez Street (First Floor), Prescott, Arizona_

on (*date*) _7/30/2010_ ; OR

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____ and mailed a copy to the individual's last known address; OR

☐ I served the summons on (*name of individual*) _____ who is designated by law to accept service of process on behalf of (*organization*) _____

on (*date*) _____ ; OR

☐ I returned the summons unexecuted because _____ ; OR

☐ Other (specify):
_____

My fees are $0 for travel and $40 for service, for a total of:  **$40**

I declare under penalty of perjury that this information is true and correct.

Date: July 31th, 2010

_____
Server's signature

**David Price, Owner, Veri-Serv LLC**
Printed Name and Title

**PO Box 574, Humboldt, Arizona 86329**
Server's address