Case 3:10-cv-08049-JWS   Document 12   Filed 08/06/10   Page 1 of 1

Civil Action No. **CV 10-8049-PCT-JWS**

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 6 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Yavapai County, c/o Julie Ayers**, County Administrator
was received by me on *(date)* **July 20th, 2010**.

☐ I personally served the summons on the individual at *(place)* **1015 Fair St., Prescott, Arizona**
on *(date)* **July 30th, 2010**; OR

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____
and mailed a copy to the individual's last known address; OR

☒ I served the summons on *(name of individual)* **Julie Ayers**
who is designated by law to accept service of process on behalf of *(organization)* **Yavapai County**
on *(date)* **July 30, 2010**; OR

☐ I returned the summons unexecuted because _____
; OR

☐ Other (specify): _____

My fees are $0 for travel and $40 for service, for a total of: **$40**

I declare under penalty of perjury that this information is true and correct.

Date: July 31th, 2010

*Server's signature*

**David Price, Owner, Veri-Serv LLC**
Printed Name and Tile

**PO Box 574, Humboldt, Arizona 86329**
Server's address