Civil Action No. **CV 10-8049-PCT-JWS**

FILED ☒  RECEIVED ☐  COPY ☐

AUG 0 6 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Arthur Markham__
was received by me on *(date)* __July 20th, 2010__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; OR

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ and mailed a copy to the individual's last known address; OR

☐ I served the summons on *(name of individual)* _____ who is designated by law to accept service of process on behalf of *(organization)* _____
on *(date)* _____ ; OR

☐ I returned the summons unexecuted because _____ ; OR

☒ Other (specify):
Substitute served by delivering the summons and complaint to *Diane "W. W."* in her official capacity as a court employee who indicated she was authorized to accept service for Arthur Markham at 120 S. Cortez St., Prescott, Arizona on 7/30/10 @ approx. 3pm.

My fees are $0 for travel and $40 for service, for a total of: **$40**

I declare under penalty of perjury that this information is true and correct.

Date: July 31th, 2010

_____
Server's signature

**David Price, Owner, Veri-Serv LLC**
Printed Name and Title

**PO Box 574, Humboldt, Arizona  86329**
Server's address