AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No. **CV 10-8049-PCT-JWS**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

| | FILED | | LODGED |
|---|---|---|---|
| | RECEIVED | | COPY |

AUG 0 6 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

This summons for (*name of individual and title, if any*) ___John Doe Hamm___

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____

on (*date*) _____ ; OR

☑ I left the summons at the individual's residence or usual place of abode with
(*name*) __spouse Mary Hamm__, a person of suitable age and discretion who resides there, on (*date*) ___July 1st, 2010___
~~and mailed a copy to the individual's last known address~~; OR

☐ I served the summons on (*name of individual*) _____
who is designated by law to accept service of process on behalf of (*organization*) _____
on (*date*) _____ ; OR

☐ I returned the summons unexecuted because _____
_____
; OR

☐ Other (specify): _____
_____
_____

My fees are $0 for travel and $40 for service, for a total of: ___$40___

I declare under penalty of perjury that this information is true and correct.

Date: July 5th, 2010

_____
Server's signature

**David Price, Owner, Veri-Serv LLC**
Printed Name and Title

**PO Box 574, Humboldt, Arizona  86329**
Server's address