AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No. **CV 10-8049-PCT-JWS**

Case 3:10-cv-08049-JWS Document 22 Filed 08/06/10 Page 1 of 1

___ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 6 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) **Jane Doe Davis**

was received by me on (*date*) **July 20th, 2010**.

☐ I personally served the summons on the individual at (*place*) _____

on (*date*) _____ ; OR

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____ and mailed a copy to the individual's last known address; OR

☐ I served the summons on (*name of individual*) _____ who is designated by law to accept service of process on behalf of (*organization*) _____

on (*date*) _____ ; OR

☐ I returned the summons unexecuted because _____ ; OR

☑ Other (specify):
Substitute served by delivering the summons and complaint to *Patricia Ann Osborne* in her official capacity as a county employee who indicated she was authorized to accept service for Mr. Davis (husband) at 1015 Fair St. (3rd Flr), Prescott, AZ on 7/30/10 @ approx. 3:30pm

My fees are $0 for travel and $40 for service, for a total of: **$40**

I declare under penalty of perjury that this information is true and correct.

Date: July 31th, 2010

*Server's signature*

**David Price, Owner, Veri-Serv LLC**
Printed Name and Title

**PO Box 574, Humboldt, Arizona 86329**
Server's address