

FILED          LODGED
RECEIVED       COPY

AUG 1 6 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    S. DEPUTY

1  P. "Mike" Palmer
   POB 5564
2  Glendale, AZ 85312
   602-513-3738 (cell)
3  Pro Se

4  **IN THE UNITED STATES DISTRICT COURT**
   **IN AND FOR THE DISTRICT OF ARIZONA**
5

6  Peter Michael Palmer, an
   individual                                    CV 10-8049-JWS
7

8                      Plaintiff,        **PLAINTIFF'S AMENDED MOTION**
                                         **FOR DISQUALIFICATION**
9                                            **IF REQUIRED**
                                            **PURSUANT TO**
10                                         **18 U.S.C. § 455**

11  vs.

12  Yavapai County; et al.,

13                                          (Judge John W. Sedwick)

14                      Defendants

15  **INTRODUCTION**

16      Pursuant to 28 U.S.C. § 455 (a) & (b)(1) and Canons 2 & 3C(1) of the Code of

17  Judicial Conduct, plaintiff makes a timely motion that any judge who is a member of

18  the Church of Jesus Christ of Latter-day Saints (i.e., the Mormon church) or has a

19  personal bias or prejudice toward said organization or its members must, by law,

20  recuse from this matter.[1] This because some material facts in this action concern the

21  Mormon church's secret temple ceremony—its blood oaths commanding secrecy and

22  the consequences of violating that command, its oaths demanding allegiance to the

23  Mormon church and its portrayal of Evangelical Christians (like the plaintiff) as

24  hirelings of the devil, paid by Lucifer to convert Mormons to Christianity.

25      Because Mormons call Evangelical Christians like me (plaintiff) "Anti-

26

27  _____

28      [1] This requirement persists for all judges touching this matter throughout its life.
    (i.e. appeal.)

1   Mormons," recusal of such a judge is necessary on its face to avoid the obvious

2   impropriety in trying someone known to the judge as an "Anti." But recusal is also

3   necessary to avoid impropriety in trying one of the defendants who may be an

4   "Apostate Mormon," with all that implies, as will be developed later.

5       Plaintiff has no evidence at this time to suggest Judge Sedwick was born a

6   member of the Mormon church (i.e., "born under the covenant"). However, it's possible

7   the judge is a convert to the Mormon church, sharing in these oaths and

8   indoctrinations. Or perhaps the judge has family or close friends who are Mormon and,

9   as such, would take umbrage that plaintiff would have the audacity to warn the judge's

10  family or friends they were on the wide road to that leads to hell. (We call it "speaking

11  the truth in love," like warning motorists that a bridge is out.) Such close friends might

12  include other federal judges who are Mormon who may try to subtly influence the trial

13  judge to bury this matter so as to avoid negative publicity for their church, per

14  command in the Mormon church's "*Handbook of Instructions*."[2]

15      I note that Judge Sedwick did not recuse from the matter of *Balkey v.*

16  *Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-day Saints*

17  in 2001 (CV-00-00626), which would have clearly required recusal if he was a

18  member of the church then. Curiously, the docket is unavailable to the public, making

19  it impossible for the public to make a reasonable determination, good or bad, as to the

20

21      [2] Page 187 of the current *2006 [Mormon] Church Handbook of Instructions*
22  says "Church members are encouraged 'to appeal to legislators, **judges**, and other
    government officials'" to promote various Mormon church policies. Page 8 charges
23  certain leaders with the "responsibility for the Church's good standing within the
24  community." Likewise, p. 105 talks about preserving the "good name of the Church."
    (The *Handbook* is published by the Mormon church and is where "leaders learn their
25  duties."(p. xiii) It can be found at the Wikileaks web site:
26  www.wikileaks.org/wiki/Mormon_Church_Handbook_of_Instructions,_full,_2006. )

27  This is not an exhaustive list of Mormon federal judges but in Arizona, this would
28  include Judges Campbell and Snow. In Utah, Judges Benson, Sam, Kimball, Stewart.
    In Nevada, Judge Jones. In the Ninth, Judge Bybee.

1  appearance of impropriety in that matter. (Perhaps the judge should disclose the

2  church's involvement in that case here?) Absent any other information to date, I have

3  no facts to suggest Judge Sedwick is biased, although this very motion itself might

4  cause bias. Therefore, I must rely on the judge to self-disclose any bias he may have

5  and recuse if necessary.

6  ## PREEMPTION

7       To head off a potential argument for not recusing if Mormon, while the courts

8  have consistently held "that membership in a church does not create sufficient

9  appearance of bias to require recusal,"[3] the Mormon church is no ordinary church as I

10  outlined above and will document in detail shortly. No other major organized church

11  calls for swearing blood oaths of secrecy, calls for oaths of allegiance to its leadership

12  and fosters an invidious racial epithet like "Anti-Mormon."[4] The 10th Circuit court of

13  appeals has observed the Mormon Church is "a unitary, monolithic religious faith"

14  (*U.S. v.Grassie*, 237 F.3d 1199 (10th Cir. 2001))—some would say a cult—where all

15  the active worthy members dress alike and think alike (i.e., are monolithic) about their

16  faith and defense of their church.

17       So let not this Court confuse the issue as the 10th Circuit did in the matter of

18  Utah District judge Ted Stewart, a Mormon, who sat on a high profile case involving

19  the Mormon church as one party against an "Anti-Mormon" newspaper as the other. In

20  the fourth motion for recusal, plaintiffs sought a Writ of Mandamus to force Judge

21  Stewart to be more forthcoming about his obligations to the church to disclose "any

22  duty he may have as a member of the Church to uphold the decisions of its Prophet and

23  First Presidency." (*McCarthey v. Kearns-Tribune*, 368 F.3d 1266. The Writ of

24

25  [3] Singer v. Wadman, 745 F.2d 606, 608 (10th Cir. 1984); Feminist Women's
Health Ctr. v. Codispoti, 69 F.3d 399, 400-01 (9th Cir. 1995); Menora v. Ill. High Sch.

26  Ass'n, 527 F. Supp. 632, 634 (N.D. Ill. 1981); Idaho v. Freeman, 507 F. Supp. 706, 729
(D. Idaho 1981)

27

28  [4] While the Catholic church fosters the term "Protestant," the root word
"Protest" does not connote an invidious class distinction as the term "Anti-" does.

1    Mandamus was sealed as a courtesy to the judge, presumably to help him save face

2    about his temple obligations.) In denying the Writ, the 10th waxed eloquent claiming

3    "we note that merely because Judge Stewart belongs to and contributes to the Mormon

4    Church would never be enough to disqualify him." *(Id. ¶ 11)*

5        That Judge Stewart was "merely" Mormon was never the issue there. The issue

6    there (in part) as it is here is whether a Mormon judge, who has sworn oaths to his

7    church, can sit on a case involving a party his church considers an enemy. The answer

8    is "No. He cannot," especially when one knows about the oath of allegiance Mormons

9    swear to build up their church. To build up the church necessarily requires vanquishing

10   enemies of the church. It would be like a radical Muslim judge deciding the fate of a

11   Zionist Jew.

12       Interestingly, despite the magnanimous ruling in his favor from the 10th denying

13   the Writ, Judge Stewart finally chose the right and finally recused from the case after a

14   fifth motion for recusal, demonstrating recusal was required after all.

15                          **LEGAL THEORY & PRACTICE**

16       Both 28 U.S.C. § 455 (a) & (b)(1) and Canons 2 & 3C(1) of the Code of

17   Judicial Conduct are clear that disqualification in such matters is to be automatic, not

18   requiring a motion from a party.[5] When a judge becomes aware that the public might

19   perceive bias, he is supposed to recuse so as to maintain the public's faith in the

20   judiciary. That's the theory.

21

22

23       [5] "The Code of Conduct is the law with respect to the ethical obligations of
     federal judges." *United States v. Microsoft*, 253 F.3d 34 ¶ 306 (DC Circuit 2001)

24

25       For the sake of brevity, I'll not recite the code or statute. Federal judges are
     expected to automatically disqualify themselves when § 455 is triggered. Therefore, it's
26   presumed judges have a realtime working knowledge of recusal law. Similarly, "every
     federal judge receives a copy of the Code, the Commentary to the Code, the Advisory
27   Opinions of the Judicial Conference's Committee on Codes of Conduct, and digests of
     the Committee's informal, unpublished opinions."(*Id.* at ¶ 297) As written, both state
28   common sense principle: "When there's doubt, take yourself out."

1    Unfortunately, that's not always the practice, as seen from the case above with

2    Judge Stewart, even though the appearance of bias was evident to Utahns from the

3    start. As it relates here, Exhibit 1 is a letter to the Editor of the Salt Lake Tribune,

4    written by Richard Packham, a retired attorney and former member of the Mormon

5    church. He observes "Judge Stewart, like all 'worthy' Mormons, took an oath when he

6    went through the Mormon temple ceremony in which he covenanted to use all his time,

7    talents and other blessings to help the LDS Church build the kingdom of God on Earth.

8    Surely Judge Stewart must consider his seat of the federal bench to be a blessing from

9    God. . . . It would appear obvious that no Mormon who had taken that oath would be

10   qualified to serve either as judge or juror in a case involving the Mormon church."

11   (The veracity of his report is verified by Exhibits 8 & 10-12.)

12    Even after this, Judge Stewart's colleague and Mormon brother, Utah District

13   Judge Kimball, did not recuse himself from a similar high profile case involving the

14   Mormon church, seeing no bias in himself when he ruled in favor of his church,

15   allowing it the unusual right to buy a public street. (Main Street Plaza.) But this was so

16   obvious even Mormons in Utah saw the appearance of  impropriety. Exhibit 2 is from

17   the *Daily Herald*, a pro-Mormon newspaper in Provo, Utah. After noting that Judge

18   Kimball is a former bishop and stake president in the Mormon church (a stake

19   president is like a super-bishop), they state "He is thus open to criticism that his church

20   affiliation raises a conflict of interest. . . . some say he was influence by his church

21   membership **and the allegiances to the ecclesiastical authorities.**" Similarly, the

22   appearance of impropriety is evident in this instant matter if a Mormon judge sits on an

23   "Anti-Mormon's" case.

24    One peculiar conundrum for a Mormon judge in recusal matters is that he's

25   caught in a "Catch-22" situation. On the one hand he swore (under penalty of death if

26   before 1990) to keep his oath of allegiance to the Mormon church secret. On the other

27   hand, he has sworn a public oath of office, which carries virtually no penalty for

28   violation. If he recuses in matters which conflict with his temple oath, he effectively

1  admits there is a secret temple oath that compromises him and thus violates his oath to

2  the church to keep that secret. From Exhibit 3, the [Mormon] *"Church Handbook of*

3  *Instructions,"* "violations of temple covenants [such as revealing the secrets, per

4  Exhibits 8 & 10-12)] is grounds for excommunication from the church."

5  Excommunication means a Mormon judges cannot be "exalted" to godhood in the next

6  life, arguably a fate worse than death to a true believing Mormon. History has shown

7  (understandably then) Mormon judges favor their temple oath over their oath of office

8  and are reluctant to recuse for these reasons.

9       And again, while recusal is supposed to be automatic, we wouldn't be here today

10  if two of the defendants named herein, two Arizona inferior court judges, had

11  automatically recused as they were supposed to. (Judge Hamm, the BYU graduate

12  who, because of her Mormon affiliation, was required to recuse in this matter of a so-

13  called "Anti-Mormon" per a pre-trial Motion and Affidavit; and Judge Markham who

14  "un-recused" in order to thwart a finding of fraud.) So, given the practice of reluctant

15  recusal by judges, I am compelled to enter this material into the record now should it

16  become necessary later.

17       Also, because the commentary for Canon 2 of the Code of Conduct for federal

18  judges says "The test for appearance of impropriety is whether the conduct would

19  create in reasonable minds, with knowledge of **all the relevant circumstances** that a

20  reasonable inquiry would disclose, a perception that the judge's ability to carry out

21  judicial responsibilities with integrity, impartiality, and competence is impaired," it is

22  necessary to present all the relevant circumstances about the Mormon temple ceremony

23  here so that the general public, who is generally unaware about what goes on in the

24  temple, can have the facts to reasonably test whether a judge could carry out his

25  responsibilities with impartiality in this matter.

26  **RELEVANT CIRCUMSTANCES**

27       The Mormon church itself fosters the term "Anti-Mormon." Exhibit 4 is a

28  pleading from a civil suit in California where a prominent Christian Evangelist, who

specializes in Mormonism, sued the Mormon church. He documents the use of the term "Anti-Mormon" and shows that it is considered even by the church to be a racial epithet. (¶¶ 156-164, 172) This makes it a racially invidious term of class distinction. The Mormon church settled with him out of court for an undisclosed amount of money demonstrating the veracity of his complaint.

Exhibit 5 is from a Mormon church publication showing the colloquial use of the term "Anti-Mormon." (Bottom of last page). Exhibit 6 is a police report of an assault on me (plaintiff) where the Mormon attackers yelled "Anti" just before the assault. (Second paragraph.) Exhibit 7 is from a Mormon apologetic website documenting "Anti-Mormon efforts at the 2003 Mesa [Mormon] Easter Pageant." Both photos on p4 and bottom p5 are of me, and all photos refer to my Christian brothers and me as "Anti's." Collectively, these show an invidious class distinction made by Mormon between "Anti-Mormons."

Exhibit 8 is an affidavit from a former Mormon attesting to the pre-1990 Mormon temple ceremony where it was literally acted out (in person, now movie) that Lucifer, the devil, offers to pay a preacher if he can convert Mormons to orthodox Christianity.[6] So powerful is this indoctrination that I found myself unwittingly playing their devil's advocate with a Mormon gentlemen one evening, when I was telling him the difference between his god and the God of the Bible. I explained his god is just a puny little man who lives on a planet near the star Kolob with his many wives, whereas the God of the Bible is spirit and so infinite, He can fill the universe but still live in your heart. Unknown to me at the time, this is exactly what the minister tells the Mormons in the temple ceremony. True to the ceremony, this elderly man responded with an odd sounding phrase, saying, "I cannot comprehend such a thing." I later

---

[6] Colloquially said to be a Southern Baptist, which explains Souther Baptist preacher Mike Huckabee's poor 1% showing in Utah during the 2008 Republican Presidential Primary.

1   discovered his line was right out of the script.

2   Exhibit 9 is from *Time* magazine also documenting the scene before it was

3   removed in 1990. "The scene in which Satan pays a Protestant preacher to lure

4   Mormons from their faith is out... " While the scene is now gone from the ceremony,

5   older Mormons still saw it and, per Exhibit 8, the doctrine that Evangelicals are paid by

6   the devil is still taught in the church, in the official Mormon church publication *Gospel*

7   *Principles*.

8   Exhibits 10-12 are affidavits from desperate former (and then, a current)

9   Mormons from around the county, who attended Mormon temple ceremonies around

10  the world, attesting it's the same everywhere. (i.e., monolithic.) They, with Exhibit 8,

11  document the oath of allegiance Mormons make to church leadership known as the

12  "Law of Consecration." All report swearing that "you do consecrate yourselves, your

13  time, talents and everything which the lord has blessed you to the Church of Jesus

14  Christ of Latter-day Saints for the building up of the kingdom of God on the earth and

15  for the establishment of Zion." The "everything" in this oath includes political office

16  like judgeships. Zion is understood to be a Mormon theocracy with leadership in Salt

17  Lake City.

18  Exhibit 12 is notable in that it's an affidavit by a former Mormon bishop. He

19  attests to the *Handbook of Instructions* and that any Mormon who's been on a mission

20  for the church or any bishop or anyone in Mormon office has had to have had a

21  "temple recommend," a little card which allows them entry to the temple. (See

22  *Handbook of Instructions* on line, p 75-76) All such Mormons have taken these oaths

23  as a matter of policy when they received their "endowments." Mormons talk about

24  being "worthy" to go through the temple and anyone in political office (like a judge) is

25  a worthy Mormon.

26  So powerful is this oath, it was a concern for former Mormons during Mitt

27  Romney's run for President in 2008. They often wrote to warn non-Mormons about it.

28  See Exhibit 13 written by a Mormon bishop's daughter, "*Can Mitt Romney Serve Two*

*Masters?"* where she cites the inherent conflict the true believing Mormon sometimes has, whether to uphold the Mormon church and its laws or to uphold the U.S. Constitution and our laws. As I've already shown from history, the two masters problem sometimes compromises federal judges too. Even if a Mormon judge is determined not to be moved by his temple oath, the existence of the oath and the penalties for violating it give the appearance of impropriety when sitting on the case of an "Anti-Mormon."

All the affidavits also attest to the oath requiring secrecy. That regarding these obligations, they were "to hold them sacred and under no condition will you ever divulge them." (As in, you cannot cite them as a reason for recusal.) Any Mormon who attended the ceremony before 1990 took a blood oath to not reveal the secrets, to the effect that if they told the secret "we agree that our bodies be cut asunder in the midst and all out bowels gush out." They made gestures to that effect. See Exhibit 14 showing the classic throat-slitting gesture taken from PBS's FRONTLINE program, *"The Mormons."* Assuming a federal judge is a reasonable individual, we must reasonably believe he takes his blood oath seriously. As there is no such penalty for violating a judge's secular oath to country, it stands to reason such a judge would chose to save his life (both here and in the hereafter) and favor his temple oath over his oath of office.

Last is the appearance of impropriety regarding defendant Hamm. She is a Brigham Young University graduate but claims at the present time in her Motion to Dismiss (Dkt #9) not to be Mormon. BYU is "founded, supported, and guided by The Church of Jesus Christ of Latter-day Saints." Therefore, it stands to reason that she was Mormon at the time she matriculated. If it is discovered that defendant was Mormon but is not Mormon now, then she is an "apostate," which Mormons consider the "lowest of the low," a "son of perdition," an outcast. According to the [Mormon] *Church Handbook of Instructions*, p 105, apostates are listed with other "transgressors" like violent attackers, rapists, drug users and liars. (Exhibit 14)

1   Plaintiff has never been a member of the Mormon church, so can never be as
2   low as an apostate. (In fact, according to some Mormon teaching, plaintiff may get a
3   second chance after death because he is ignorant of "the truth." Whereas, an apostate
4   will not because she is not.)  Clearly then, an apostate Mormon could not get a fair
5   hearing from a judge inclined toward the faithful in the Mormon church.

6   Of course, if the defendant is playing fast and loose with terms and is still
7   Mormon, there is the de facto appearance of impropriety if the trial judge is Mormon
8   since both judge and defendant would be members of the same organization untied by
9   their common temple oath to vanquish the "Anti."

10                    **THE END OF THE MATTER**

11   Therefore, a reasonable person, knowing all these facts, would question whether
12   a Mormon judge or a judge close to the Mormon faith by association (Mormon family,
13   Mormon friends, Mormon judges, etc. ) could remain impartial in the matter of an
14   "Anti-Mormon," or an "Apostate Mormon." Certainly such a judge would have a
15   personal bias or prejudice concerning such parties.

16   Wherefore, now having all the relevant facts, if the current judge feels he is
17   obligated to recuse for whatever reason, I request he do so now, especially as this is the
18   earliest possible moment in this action. **For all the reasons stated above, I also ask**
19   **the judge to inquire of his staff and clerks if they are members of the Mormon**
20   **church and to act accordingly, as personal experience has shown they may**
21   **sabotage plaintiff's paperwork or commit other acts of malfeasance on behalf of**
22   **their church.**

23   I trust the judge will understand that I, having been burned twice now by
24   inferior court judges, and after seeing high power clients with high power attorneys in
25   high profile cases similarly burned, that I must move in this manner to preserve my
26   rights. And to uphold the integrity of the judiciary.

27   I have not provided a proposed order because I don't know what reasons a judge
28   may give for disqualification and I did not see proposed orders offered by professional

1   attorneys who moved for disqualification under this law.

2

3   SUBMITTED this 16th day of August 2010

4

5

6                                            By: _____
                                             P. Michael Palmer
7                                            POB 5564
                                             Glendale, AZ 85312
8                                            602-513-3738

9

10  **Certificate of Service:**

    Copy of the foregoing mailed via
11  U.S. Mail on August 16th, 2010 to:

12  Mr. Marc Appel
    Appel Law Office, P.L.L.C.
13  10601 N. Hayden Rd., Suite I-103
    Scottsdale, AZ 85260

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**The Salt Lake Tribune**   Utah's Independent Voice Since 18

Click Here

FRONT | WORLD | UTAH | BUSINESS | SPORTS | OPINION | LIFESTYLE

## Invalid Comparison

*Tuesday,*
*June 11,*
*2002*

As a retired attorney and former Mormon concerned about the growing power of the Mormon church, I have been following through the newspapers the dispute between The Tribune and the Deseret News.

In the report about Judge Ted Stewart's refusal to recuse himself from the case, the Deseret News attorneys were quoted as citing a case involving an Episcopal judge who did not recuse himself from a case involving an Episcopal diocese. There was no report that the attorneys for The Tribune group attempted to distinguish that case. I am writing to suggest that there are distinguishing facts that perhaps only a Mormon (or former Mormon) would be familiar with.

Judge Stewart, like all "worthy" Mormons, took an oath when he went through the Mormon temple ceremony in which he covenanted to use all his time, talents and other blessings to help the LDS Church build the kingdom of God on Earth.

Surely Judge Stewart must consider his seat on the federal bench to be a blessing from God. And how can he "consecrate" this blessing to the church, as he has covenanted to do?

The Deseret News attorneys argued that the ruling in the previous case " . . . flatly rejects the notion that religious affiliation is an automatic basis for recusal or disqualification." It is not merely Judge Stewart's "religious affiliation," however. The distinction from this case is that no Episcopalian judge has taken a secret (and sacred) oath to consecrate his time, talents and everything that he has to the Episcopal Church.

Non-Mormon lawyers, since they have not been through that secret endowment ceremony, might be unaware of this oath which all good Mormons take. It would appear obvious that no Mormon who had taken that oath would be qualified to serve either as judge or juror in a case involving the Mormon church.

RICHARD PACKHAM
President
The Ex-Mormon Foundation
Roseburg, Ore.

---

In this *Letter to the Editor,* a former Mormon and attorney cites Judge Stewart's membership in the Mormon Church.  Because the attorney is a former Mormon, he can see the appearance of impropriety, if not impropriety itself, in the *Tribune* case.

# EXHIBIT 2

Daily Herald: ∎ Today    ARCHIVE    CLASSIFIEDS | JOBS | AUTOS | HOMES    SUBSCRIBE    801.373.5050

**Community Weeklies:** Lone Peak | Lehi | Eagle Mountain | American Fork | Pleasant Grove | Lindon | Orem | Springv



**Daily Herald**

Your town. Your Neighbors. Your Newspaper.

HOME
Comments
Search News

Advanced Search
Web Directory
Articles by Date

Spanish ▾
Translate

NEWS
TOP STORIES
WEATHER
TRAFFIC CAMS
NATION/WORLD
OUR TOWNS
BUSINESS
  Stocks
  Mortgages
  Legal Notices
OPINION
LETTERS
SUBMIT LETTER
POLLS
OBITUARIES
SPORTS
COUGARBLUE
PREP SPORTS
LIFE & STYLE
  UV/Entertainment
CELEBRATIONS
MOVIE TIMES
GAMES
COMICS
PHOTO GALLERY
AD RATES
  Retail
  Classified
  Pre-print
  Web
SERVICES
  Home Delivery
  Going on Vacation?
  Contact Us
  News Tips
  Photo Reprints
  RSS Feeds

### Herald Poll: Should LDS judges hear plaza case?

Date                              January 30, 2004

Salt Lake City's Main Street Plaza dispute was back in federal court Monday. The American Civil Liberties Union and others are challenging the legality of a deal between the LDS Church and the city in which the city would give up its pedestrian easement in the church-owned plaza in exchange for some property the church owns elsewhere.

The challengers contend the deal violates the First Amendment by allowing the church to restrict behavior on grounds that is a traditional public forum -- a section of Main Street. Earlier, the U.S. 10th Circuit Court of Appeals ruled that the church could not restrict protesters, sunbathers or smokers as long as the city retained the easement.

So what's wrong with the deal in the eyes of the ACLU? If it were not for the public easement -- and all the rights of expression that go with it -- the city would not have sold the land to the church in the first place. So the loss of public rights now appears to be giving a religion special consideration, which in turn violates the principle of church-state separation.

The swap would seem congruent with the 10th Circuit's suggestion that a way out of the contentious plaza dilemma was to extinguish the easement. Indeed, we think it likely that U.S. District Judge Dale Kimball will affirm the deal.

But such a ruling by this particular judge will appear tainted to many. Judge Kimball is not only a member of the LDS Church, he is a former bishop and stake president. He is thus open to criticism that his church affiliation raises a conflict of interest. If he decides against the ACLU, some will say he was influenced by his church membership and allegiance to ecclesiastical authorities.

Another conflict question is now before the U.S. Supreme Court. Justice Antonin Scalia is being asked to recuse himself from the decision of whether the White House must surrender documents on the energy policy task force. Scalia recently went on a hunting trip with Vice President Dick Cheney, who headed the task force, prompting members of Congress to question Scalia's objectivity.

While Scalia won't recuse himself in that case, he has already stepped aside from the Pledge of Allegiance case merely because of a few public remarks he made suggesting such cases should be settled by the states.

There will surely be some who think Kimball's LDS Church membership will sway him. If he affirms the land swap,

BROWSE TODAY'S
NEWSPAPER ADS
Search Ads

CLASSIFIEDS
PLACE AN AD
FIND A JOB
FIND A CAR
FIND A HOME





there is no way anyone can know for sure whether the church influenced his decision. But the shadow of impropriety will linger simply because there's more than a remote possibility of it, considering the judge's clear loyalties and past leadership positions.

If he were an ordinary lay member of the church, suspicions may be reduced. But Kimball's Mormonism is not ordinary. His past positions of ecclesiastical rank tie him strongly to the church hierarchy and its financial interests.

Should Kimball's religion be an issue in this case?

Judges are supposed to hear cases with neutral ears and apply the law dispassionately to the facts in evidence. The best jurists can check their biases at the door, or they know enough to recuse themselves from a case. But there is only a code of judicial ethics that requires them to do so. It is certainly not unknown in America that a judge may take a case in which he or she has a conflict of interest -- a financial stake of a friend or relative, a past experience that created a bias, a promise of reward for a decision.

In 1960, some suggested that John F. Kennedy's membership in the Catholic Church rendered him unfit for the presidency because his first allegiance would be to the Pope rather than to the U.S. Constitution. Kennedy proved that his religion did not compromise his ability to serve his country in his statements supporting religious liberty and his opposition to appointing an ambassador to the Vatican.

The Scalia-Cheney question started with a mere social interaction and a conversation; yet it was enough to raise the specter of a conflict of interest. The question of Judge Kimball's objectivity on matters involving the LDS Church goes deeper, to some of the judge's most closely held religious beliefs. If Scalia is tainted by a potential conflict, then Kimball certainly is.

It may be impractical to ask a federal judge in Utah who happens to be Mormon to recuse himself from all cases involving the LDS Church. That would be like asking a federal judge in Boston who is Catholic, or a judge in New York who is Jewish, to back away from cases relating to their churches or synagogues.

Then again, perhaps that's exactly what should happen.

Fortunately, the judicial system is designed to be self-correcting. The appeals process provides a means for determining whether a case has been improperly conducted, and it provides appropriate remedies.

It is not a perfect system, but it is one that has served us well in the past, and will do so again with this thorny issue.

* * *

What do you think?

Should LDS judges not hear the Main Street Plaza case? Send your comments to dhpolls@heraldextra.com or call 344-2942. Please leave your name, hometown and phone number with your comments. E-mail comments should not exceed 100 words; voice-mail comments should be no longer than 30 seconds. Anonymous and unverifiable responses will not be published.

The Daily Herald will publish comments on Feb. 8

# EXHIBIT 3



# Church Handbook of Instructions

Book 1
Stake Presidencies and Bishoprics

2006

THE CHURCH OF
JESUS CHRIST
OF LATTER-DAY SAINTS

When a member on informal probation makes specified progress and meets prescribed conditions, the presiding officer may end the probation. If the member does not make this progress and meet the conditions, additional disciplinary action may be needed.

## Formal Church Discipline

Formal Church discipline is administered in a disciplinary council (see "Disciplinary Councils" on pages 110–17). This discipline is ecclesiastical, not civil or criminal. It can affect only a member's standing in the Church (see D&C 134:10).

At times, formal discipline is the only way to help a transgressor repent, to protect the innocent, or to safeguard the purity and good name of the Church. A presiding officer who is unwilling to proceed in such cases is not fulfilling his responsibilities as a common judge. Presiding officers should approach formal discipline with a prayerful desire to help, not to condemn.

Formal Church discipline includes formal probation, disfellowshipment, and excommunication.

### Formal Probation

Formal probation is an action taken by a disciplinary council to restrict or suspend some of a transgressor's privileges of Church membership in ways that the council specifies. These restrictions could include or go beyond those imposed by informal probation. Positive conditions similar to those imposed by informal probation could also be prescribed (see page 108).

Formal probation is not an option when priesthood leaders administer Church discipline for a member who has been involved in any of the serious transgressions listed on page 120.

When a member on formal probation makes specified progress and meets prescribed conditions, the presiding officer may convene another disciplinary council to consider ending the probation (see pages 119–21). If the member does not make this progress and meet the conditions, the disciplinary council may continue probation or take more severe disciplinary action.

### Disfellowshipment

A person who is disfellowshipped is still a member of the Church but is no longer in good standing. Disfellowshipment is a severe action that may be adequate for all but the most serious transgressions.

A person who is disfellowshipped may not hold a temple recommend, serve in a Church position, or exercise the priesthood in any way. He should be encouraged to attend public Church meetings if his conduct is orderly, but he may not give a talk, offer a public prayer, partake of the sacrament, or participate in the sustaining of Church officers. The presiding officer may impose additional restrictions, such as staying away from pornographic materials and other evil influences. He may also impose positive conditions such as regular Church attendance, regular prayer, and reading selected scriptures or Church literature.

Disfellowshipped members are encouraged to pay tithes and offerings, to continue wearing temple garments if endowed, and to seek a return to fellowship in the Church through sincere repentance and righteous living.

Disfellowshipment is intended to be temporary but usually lasts at least one year. When a member shows true repentance and satisfies the conditions imposed, the presiding officer may convene another disciplinary council to consider restoring him to full fellowship (see pages 119–21). If a member does not repent, the disciplinary council may continue disfellowshipment or consider excommunication.

### Excommunication

A person who is excommunicated is no longer a member of the Church. Excommunication is the most severe Church disciplinary action. As directed by the Spirit, it may be necessary for:

1. Members who have committed serious transgressions, especially violations of temple covenants (see "Considerations in Church Discipline" on pages 117–18).

2. Members who have been disfellowshipped and have not repented and for whom excommunication seems to offer the best hope for reformation.

3. Members whose conduct makes them a serious threat to others and whose Church membership facilitates their access to victims.

4. Church leaders or prominent members whose transgressions significantly impair the good name or moral influence of the Church in the community that is aware of the transgression.

Excommunication is mandatory for murder (as defined on page 110) and is almost always required for incest.

A person who is excommunicated does not enjoy any privileges of Church membership. He may not wear temple garments or pay tithes and offerings.

EXHIBIT 4

KURT DAVID VAN GORDEN, Pro Se
13401 Buggy Whip Ct.
Victorville, CA 92392

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT DAVID VAN GORDEN, | Case No. 00-CV-4382 |
| Plaintiff, | |
| vs. | COMPLAINT FOR: |
| FOUNDATION FOR ANCIENT RESEARCH AND MORMON STUDIES, a California corporation; BRIGHAM YOUNG UNIVERSITY, a Utah corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation; DESERET BOOK COMPANY, a Utah corporation; UNITED BROADCASTING COMPANY, a Utah corporation;  KTKK, a Utah business; GORDON B. HINCKLEY, an individual; THOMAS S. MONSON, an individual; JAMES E. FAUST, an individual; DANIEL C. PETERSON, an individual; NOEL B. REYNOLDS, an individual; MELVIN J. THORNE, an individual; DONALD PARRY, an individual; STEPHEN D. RICKS, an individual; DANIEL OSWALD, an individual; JOHN W. WELCH, an individual; M. GERALD BRADFORD, an individual; MICHAEL RHODES, an individual; BRENT C. HALL, an individual; ROBERT LEE DUROCHER, an individual; DAVID CHARLES PYLE, an individual; L. ARA NORWOOD, an individual; | (1)  COPYRIGHT INFRINGEMENT; (2)  CONTRIBUTORY COPYRIGHT INFRINGEMENT; (3)  FALSE REPRESENTATION AND FALSE DESIGNATION OF ORIGIN; (4)  DILUTION OF TRADEMARK SERVICE NAME; (5)  UNJUST ENRICHMENT UNDER LANHAM ACT; (6)  TRADE LIBEL; (7)  RACKETEERING; (8)  UNFAIR COMPETITION; (9)  INTERFERENCE WITH CIVIL RIGHTS; (10)  INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANGTAGE; (11)  LIBEL; (12)  UNJUST ENRICHMENT UNDER CALIFORNIA CODE; (13)  RIGHT OF PUBLICITY; (14)  FRAUD; INJUNCTIVE RELEIF;  DEMAND FOR JURY TRIAL |

-1-

LOUIS C. MIDGLEY, an individual;
STEVEN L. MAYFIELD, an
individual; DOUG YANCEY, an
individual; DOUG MARSHALL, an
individual; DANEL W. BACHMAN, an
individual; MALIN L. JACOBS, an
individual; STANLEY D. BARKER,
an individual; EUGENE I.
HUMBERT, an individual; and VAN
HALE, an individual,

    Defendants

    Plaintiff Kurt David Van Gorden ("Plaintiff"), an

individual for his Complaint against Defendants Foundation for

Ancient Research and Mormon Studies, d/b/a FARMS, Brigham Young

University, d/b/a BYU, The Church of Jesus Christ of Latter-day

Saints, a/k/a the Mormon Church, Deseret Book Company, United

Broadcasting Company, KTKK, Gordon B. Hinckley, Thomas S.

Monson, James E. Faust, Daniel C. Peterson, Noel B. Reynolds,

Melvin J. Thorne, Donald Parry, Stephen D. Ricks, Daniel Oswald,

John W. Welch, M. Gerald Bradford, Michael Rhodes, Brent C.

Hall, Robert Lee Durocher, David Charles Pyle, L. Ara Norwood,

Louis C. Midgley, Steven L. Mayfield, Doug Yancey, Doug

Marshall, Danel W. Bachman, Malin L. Jacobs, Stanley D. Barker,

Eugene I. Humbert, and Van Hale (collectively "Defendants"),

alleges that:

### JURISDICTION AND VENUE

a good name and reputation with those in the community.  While living and working in Provo, Utah, the Plaintiff was invited and permitted by a supervisor of student activities at BYU, Mr. J. R. Snow, to conduct Bible Studies on the BYU campus.  The Plaintiff has taken every normal precaution to maintain a good reputation in the communities wherein he has dwelt.

155.    The Defendants have made deliberate moves in trying to destroy the Plaintiff's good name and reputation by writing and publishing false information about him with actual malice. The Defendants apparently take some kind of pleasure in stigmatizing the Plaintiff as an "anti-Mormon" in public forums.

156.    The Mormon Church itself fosters usage of the term "anti-Mormon" against selected voices that are critical of its teachings, history, or conduct, whether one is critical within the Mormon Church or outside of it.  When this term is placed in the hands of self-appointed or church-appointed defenders of their faith, it is used to injure their critics emotionally, mentally, and financially, in spite of whether the critic has been historical, factual, fair, or truthful, they must endure a virulent campaign.

157.    The Plaintiff was libeled by Defendants Norwood, Peterson, BYU, the Mormon Church, and FARMS in an Internet article repeatedly published by them on August 9, 1999, October 13, 1999, and February, 2000.

158.    In this aforementioned Internet publication, the Plaintiff, by his personal name, "Kurt Van Gorden," is labeled an "anti-Mormon," which term is qualified and defined within the immediate context as, "It is as disgraceful and ignominious to be an anti-Mormon as it is to be an anti-Semite or anti-Black. Yet, where Kurt Van Gorden is concerned, the label is apt . . . He is an anti-Mormon through and through."

159.    The term is defined in the context of racism, to which the Plaintiff objects to in the strongest terms, and the Defendants had knowledge of this prior to publication.

160.    In their publication, the Defendants confused the Mormon religion with the Semite and Black races of humanity, hence defaming and libeling the Plaintiff by casting him into the unfavorable and objectionable light as a racist person.

161.    Mormons are not a race of humanity.

162.    Semites are a race of humanity.

163.    Blacks, as referred in the article, are a race of humanity.

164.    The Plaintiff detests being associated in any manner with racism, which he has fought against during his entire career.

165.    The Defendants as the writer, editor, and publisher of this article damaged the good name and reputation of the Plaintiff through libel and defamation of character.

166.    The Defendants were well aware that Plaintiff made

a public statement against racism in a major Christian

periodical, *Christianity Today* [January 6, 1997], which they

reference by footnote in this article, but intentionally and

with disregard to truth, they cast the Plaintiff in the very

category he rejects by associating him with anti-Semitism and

anti-Blacks.

167.    The Defendants have also been aware from their

procurement of the Plaintiff's *Open Letter*, as referenced in

footnote of this article, that the Plaintiff has a Jewish great-

uncle, and takes a strong stand against racism.

168.    The Defendants had two sources in their possession

that utterly refute the association of the Plaintiff with anti-

Semitism or racism toward Blacks or any other form of racism,

therefore these libelous publications were made with actual

malice while they were in possession of facts to the contrary.

169.    In an intimidating letter to the Plaintiff, with

what the Plaintiff believes to be a subtle threat, Defendant

Peterson wrote, "Must one, in debates with you, come armed?

Wearing a white sheet and hood?"  The suggestion by this

Defendant of approaching the Plaintiff armed and wearing a white

sheet and hood, terribly outraged the Plaintiff.

170.    The Plaintiff has been grieved and has suffered

emotionally, going in and out of depression, in direct

relationship to the false and libelous statements of Defendants

Norwood, Peterson, FARMS, BYU, and the Mormon Church, that were published on the World Wide Web by these defendants.

171.   The Plaintiff has also discovered that these false and libelous statements by these Defendants have fanned even a larger flame.  Another Web site, under the name of "SHIELDS," has published an abstract about the Plaintiff written by Defendant Bachman, an instructor and employee of the Mormon Church's educational department.

172.   Under the heading of "Kurt Van Gorden," Defendant Bachman wrote, "He [Norwood] also points out that there is a degree of shame attached to being anti-Mormon, as there is with being anti-Semitic or anti-Black."

173.   The Plaintiff strongly objects to the defamatory and libelous association of his name and work with anti-Semitics, anti-Blacks, and anti-Mormon.

174.   Defendants Jacobs, Barker, and Humbert publish a byline on the "SHIELDS" web site, stating, "Persons responsible for this Web site: Stanley D. Barker, Eugene I. Humbert, and Malin L. Jacobs.  The Plaintiff sues these responsible persons, and writer Bachman, for libel.

## X.  DEFENDANTS' TRADE LIBEL

175.   The Plaintiff has spent his career serving others, doing ecclesiastical and humanitarian duties, and functioning in all capacities as an ordained minister, including, but not limited to teaching and preaching on an international level,

EXHIBIT 5

Skip to Content Skip to Navigation

- Search
  - ○ [                    ]

  [All Church Content]  [ Search ]
- A-Z Index
- Feedback
- Help
- Languages

Magazines

**Gospel Library**

# Magazines

| The Church of Jesus Christ of Latter-Day Saints | The Church of Jesus Christ of Latter-day Saints |

New Era » 1998 » May

# Are Mormons Christians?

by Stephen E. Robinson

- Next >
- < Previous
- Print
- E-mail

Stephen E. Robinson, "Are Mormons Christians?," *New Era*, May 1998, 41

Of course we are Christians. Why would anyone say otherwise? Here are the facts.

If you live in Utah, you may be surprised. If you live where Latter-day Saints are a minority, you've probably heard it before—perhaps many times. But there are sincere people out there who believe the Latter-day Saints aren't Christians. In fact, the accusation that we are not Christians is probably the most commonly heard criticism of the LDS Church and its doctrines today.

Why would anyone say such a thing? Isn't the name of our church The Church of Jesus Christ of Latter-day Saints? Do we not worship Christ? Is not the Book of Mormon another testament of Jesus Christ? How could anyone seriously doubt that Latter-day Saints are Christians?

The purpose of this article is to help you understand why some people make this accusation. Knowing that, perhaps you can be more comfortable and knowledgeable in dealing with such views when you hear them expressed. But remember that the spirit of contention is always un-Christian (see D&C 10:63). This article is meant to provide information and understanding rather than ammunition for disputes.

There are a number of arguments used supposedly to "prove" that we are not Christian. It is important to recognize that none of them have anything to do with whether or not Latter-day Saints believe in Jesus Christ. Rather, what they basically boil down to is this: Latter-day Saints are different from the other Christian churches. (We understand that these differences exist because traditional Christianity has wandered from the truth over the centuries, but other denominations see things otherwise.) Their arguments against the Latter-day Saints being Christian generally fall into six basic categories:

## Exclusion by special definition

I What is a Christian? The term is found three times in the New Testament (Acts 11:26; Acts 26:28; 1 Pet. 4:16), but it is not defined in any of those passages. According to Webster's Third New International Dictionary, the term *Christian* may be defined in a number of ways, but the most common is "one who believes or professes ... to believe in Jesus Christ and the truth as taught by him ... one whose life is conformed to the doctrines of Christ." The second most common meaning is "a member of a church or group professing Christian doctrine or belief."

the question of whether we accept Jesus Christ as the divine Son of God and Savior. Our critics don't address this—the only issue that really matters—for the LDS position here is an unassailable matter of record. Our first article of faith [A of F 1:1] declares our belief in Jesus Christ. We meet every Sunday and partake of the sacrament to renew our faith in and our commitment to Him as the Son of God and the Savior of the world.

I have frequently asked non-LDS critics exactly which Book of Mormon teachings about Jesus Christ they disagree with. Invariably the response has been that it isn't what the Book of Mormon says that is offensive to them—it is the Book of Mormon itself. Most anti-Mormons reject the LDS scriptures without knowing or caring what those scriptures actually teach about Christ. You see, it isn't really the LDS doctrine of Christ that is objectionable; rather, it is the claim that Joseph Smith was a prophet of God, that the Book of Mormon is God's word, and that the gospel has been restored to the earth in the latter days.

Both the Book of Mormon as scripture and Joseph Smith as a prophet bear witness to Jesus Christ as Savior. The Doctrine and Covenants and Pearl of Great Price bear that same great witness, as do all of the modern prophets and apostles. Though all the world may say that Latter-day Saints do not know or love or worship Jesus Christ, the truth is that we do. If this is not enough to be counted as Christian, then that word has lost its meaning.

(This article is largely adapted from the book *Are Mormons Christians?* Bookcraft, 1991.)

[photos] Photo illustration by Pat Gerber

^ Back to top

**« Previous Article**: The Bulletin Board

**Next Article**: Yearbook Testimony »

## New Era Home

- Past Issues
- Search New Era

LDS.org Help   Feedback   Subscribe to RSS and E-mail   E-mail to a Friend
Mormon.org   Newsroom   FamilySearch.org   Job Opportunities

Official Web site of The Church of Jesus Christ of Latter-day Saints

© 2010 Intellectual Reserve, Inc. All rights reserved.   Rights and Use Information   Privacy Policy

EXHIBIT 6

## MESA POLICE DEPARTMENT SUPPLEMENTAL REPORT | DR# 20033520894

### NARRATIVE

On 12/18/2003, at about 2110 hours, I was dispatched to the temple for the Church of Jesus Christ of Latter Day Saints, located at 525 E. Main, in reference to the report of an assault.

On scene I spoke with Peter Palmer and Matthew Wise. They were on the north side of the temple on the sidewalk at Main St. They were standing by with their signs that they have because they teach different things than the "Mormons." At about 2015 hours, a white sport utility vehicle drove by. They believed it to be a GMC Suburban. There were 3 or 4 white males in the vehicle. They were unable to see the occupants to give a description because of the dark tinted windows. The passenger in the rear passenger side seat threw a white 32 oz Styrofoam cup, which hit Matthew in the back. When the cup was thrown, the occupants yelled, "Anti's". Peter and Matthew believe it is a hate crime, because they teach things against the "Mormons." At about 2105 hours, the same vehicle drove by and the same passenger threw an empty 12 oz can of Pepsi, which hit Peter in the center of the chest. They desire prosecution for the assault. They believed the license plate number for the vehicle was AZ license plate #717GRT. They were positive on all the characters of the plate except for the "T", which they said may have been an "I" or an "L".

I didn't have any victim's rights pamphlets with me at the time, so I gave them each a business card with my name and ID number and the report number. I later mailed them each a victim's rights pamphlet.

Peter retained the Styrofoam cup and Pepsi can in his possession.

I made an MVD check for the license plate that had been given. AZ license plate #717GRT returns to a Hyundai station wagon out of Somerton, AZ. I also made checks using an "I" and an "L", neither of which returned to a sport utility vehicle. These 3 MVD checks are attached to the report. I also made MVD checks with several different variations of the number, none of which returned to anything matching the suspect vehicles.

On 12/19/03, when I arrived at work, I received a phone message that Peter had called and requested that I call him back. At about 1650 hours, I spoke with Peter on the phone. He told me that during the incident, he had a camera in his vehicle, which had been taking photos of the street. He had checked his camera and found 2 photos of the suspect vehicle. He told me that he would drop the photos off at the Mesa Central station later in the day for me. He also advised me that he had also been assaulted last year by a blow dart (see DR #20023430919 for details). I asked if the same vehicle was involved last year. He said that he hadn't seen the

OFFICER NAME & SERIAL #
R. Douglass #12355

MPD 004  Rev 3/91

EXHIBIT 7



# Anti-Mormon efforts at the 2003 Mesa Easter Pageant

Many people know that anti-Mormons show up and protest at the <u>LDS General Conferences</u>. You may not know that whenever the Saints meet, there is a good chance that anti-Mormons will be present, passing out literature and carrying signs that point out "problems" with Mormonism.

These pictures were taken at the <u>2003 Mesa Arizona Easter Pageant</u>, which has been produced annually by The Church of Jesus Christ of Latter-day Saints since 1928. Those opposed to the Church positioned themselves chiefly along Main Street, so they could pass out materials to those attending the open-air pageant. These pictures were taken by Allen Wyatt.

Under each picture you will find some comments by the photographer, as well as some links that provide additional information that explain the sensationalistic claims of the protesters.



Most anti-Mormons quietly handed out materials to those gathering for the pageant, and would try to engage the attendees in conversation about the Mormons.

**Welcome**
**FAIR Wiki**
**Topical Guide**
**FAIR Publications**
**FAIR LDS Bookstore**
**FAIR Conference**
**Join & Support FAIR**
**FAIR Links**
**Contact FAIR**

Receive our free monthly e-mail newsletter for defenders of the restored Gospel of Jesus Christ. You can unsubscribe at any time.

E-mail:

Sign Up

Receive daily updates containing news clippings about how the Church is represented in the media. This is a free service; you can unsubscribe at any time.

E-mail:

Sign Up

**FAIR HOT SPOTS**

**FAIR Blog**
Thoughts and
commentary from
the apologetic
frontlines.

**German FAIR**
Need resources in
German? Find
them at the
German FAIR site.

**Polygamy
Resources**
Questions about
polygamy and the
Mormons? Find
your answers here.

**Bible vs. the
Book of Mormon**
A common-sense
review of the
anti-Mormon video
from Living Hope
Ministries.

**The Truth About
"The God
Makers"**
Classic, line-by-line
examination of this
anti-Mormon film
and book.

**DNA and the
Book of Mormon**
Does DNA evidence
disprove the Book
of Mormon?



A common theme presented by anti-Mormons is that we are somehow not Christian.
**Are Mormons Christian?**



www.fairlds.org

It is shocking to some that the LDS might believe Satan and Jesus are brothers.
This large sign was atop a van parked adjacent to the Easter Pageant.
**Is Jesus the Devil's Brother?**



Despite their appearance, these are not really LDS missionaries. They are dressed as
LDS missionaries in order to deceive passersby, with the hope of passing out more
literature. Some anti-Mormons feel that such deceit is acceptable in their work.
**What is the Truth About LDS Missionary Efforts?**



Another anti-Mormon missionary, doing his "Christian" work.
**Do Mormons Worship "Another Jesus?"**



This sign was on the van parked in front of the Easter Pageant. I think this
sign speaks for itself, and is very telling of the mindset of some anti-Mormons.
Anti-Mormons often say things for shock value. This sign offended many people,
Mormon and non-Mormon alike. Most of the arguments about this sign were
between non-Mormons and the sign's owner.



The graphic used on this sign is taken from a photograph of the final scene in the
Easter Pageant. It shows the resurrected Christ rising in the air above a host of
angels. This anti-Mormon is attempting to say that Mormons not only follow

# EXHIBIT 8

## AFFIDAVIT OF GLENN PARKER

STATE OF CALIFORNIA    )

                         )ss

County of Madera           )

BE IT ACKNOWLEDGED that, I, Glenn Parker, of Oakhurst, California, the undersigned deponent, being of legal age hereby state the following under penalty of perjury:

1.    I am a former member of the (so-called) One True Church, the Restored Church, the Church of Jesus Christ of Latter-day Saints, headquartered in Salt Lake City, Utah. (Hereinafter "Mormon Church" or "Church") I officially became a member of the Church when I was baptized at eight years old. (1940) I was a participating, active member growing up and into my adult years. In approximately 1972, having discovered the Church was not what it claims to be I formally resigned after having membership in the Mormon Church for about 32+ years.

2.    I was introduced to the Church through my stepmother, a lifelong Mormon who came from a Mormon pioneer family. She was my only known "mother" since my biological mother died in an auto accident when I was about two years old. I grew up attempting to live as a faithful Mormon.

3.    At age twelve I was ordained to the Mormon Church's Aaronic Priesthood and assumed the duties of that office, progressing through positions of Deacon, Teacher and Priest. At age eighteen I was ordained an Elder in the Church's Melchizedek (higher) Priesthood. I actively served in the Church's Sunday School program as superintendent in my local ward for approximately one year. I was also a Stake Missionary for about two years. I was also actively involved, as a youth, in the Church-sponsored Boy Scout Troop, attaining the rank of Star Scout, and participated in the Mutual Improvement Association (MIA), a Church organization for youth for social and doctrinal growth.

4.    I came across a citizen's blog on the Internet (www.maryhammmaryhamm.blogspot.com) documenting a court case where evidence was presented before trial that he is a Christian Evangelist to the Mormon people. In its publications, the Church officially refers to these evangelists as "Anti's" - short for "Anti-Mormon." Likewise, my friends and relatives in the Church colloquially refer to Christian Evangelists who try to convert them as "Anti's."

5.    The citizen has information that his judge is a member of the Mormon Church, having attended Brigham Young University. The citizen says he filed a preliminary motion before trial that a judge who was a member of the Mormon Church disqualify himself for bias. The Motion is on his blog. It is for this reason that I am compelled to give my testimony regarding the Church's teaching about so-called "Anti-Mormons" as taught in the Mormon temple ceremony and also to the obligations temple Mormons willingly take upon themselves to obey the teachings

of the temple ceremony as it pertains to dealing with "Anti's," since we made  sacred covenants during our temple rituals.   Though no longer a member of the Church, as some of my family are still in the Church and as I share with other Mormons, I can testify to the attitudes held and the covenants required of qualified temple Mormons.

6.    All worthy Mormons who want to achieve godhood—a unique belief Mormons hold that through faithful and diligent service, by adhering to the Church's principles and doctrines, they may be exalted to becoming a god in the afterlife—and dwell in the "Celestial Kingdom" in the afterlife must first, of course, be a member of the One True Church. But they must also go through the Mormon temple ceremony, "receiving one's endowments" and keep the sworn covenants therein. Failure to do so disqualifies a Mormon from exaltation unless they repent and return to again honoring the covenants made.

7.    A "Temple Recommend" from a Mormon bishop is required to enter and participate in the temple ceremony and to be sealed for all eternity in marriage.  There is often a background check by the bishop prior to his issuing a Recommend which often includes a "tithing settlement."  The bishop then determines, by review of many Church doctrines and beliefs, if a patron is worthy to participate in the temple ceremony.

8.    Because I, in 1952, was a practicing Mormon observing the doctrinal requirements of a faithful member (holding and expressing a strong testimony of the Church and its prophets, adhering to the "Word of Wisdom," a full tithe payer, actively participating in most if not all of the general meetings), I was found worthy to hold a valid Temple Recommend from March 1952 and for several years thereafter.  I personally received my endowment in the St. George, Utah temple in March of 1952 at the age of 20.

9.    Marriage is also a requirement for achieving exaltation (godhood). Mormons are taught that their marriage is eternal if they honor and keep the covenants made in the temple. (*Gospel Principles*, page 256, 1997 edition)  Having received a temple recommend, I was also married and sealed in the St. George, Utah temple on March 15, 1952.  My wife and I participated in additional temple ceremonies in the following years.

10.    I have attended the temple ceremony in two temples in the United States, St. George, Utah and Mesa, Arizona.  The ceremony was the same in both temples as it is in all Mormon temples. My wife and I also witnessed the marriage of close friends in the Mesa, Arizona temple.

11.    To the best of my knowledge anyone who has been a missionary for the Church or who serves in an office of the Church must have their endowments and a current Temple Recommend. I have read BYU's current Honor Code and admission requirements. The latter says "Each applicant must be endorsed by his or her ecclesiastical leader as one who is worthy to attend BYU and is living in harmony with the Honor Code . . ."  The Honor Code, a requirement for admission to the University parallels the requirements for obtaining a Temple Recommend. "Chaste life; Abstain from alcoholic beverages, tobacco, tea, coffee, and substance abuse." That is, one must comply with the Mormon "Word of Wisdom." Given that the word "worthy" is used to describe temple Mormons and that one must be endorsed as "worthy" to attend BYU, the implication appears to be that an applicant to BYU must have a temple recommend or at least

qualify for one.

12.     After receiving the endowment, we were encouraged to return to the temple often to rehearse the ceremony as a reminder of the covenants we had made and to perform baptisms for the dead (a ritual believed by Mormons consisting of baptism by proxy for someone who is a deceased non-Mormon and waiting for the required baptism needed to continue progression toward godhood).

13.     In fact, so important is the endowment that to please God I was encouraged to memorize most of the ceremony.

14.     Through my own research I learned the Church has changed the temple ceremony over the years.  It was once acted out with real actors, including appropriate costumes as a Broadway play, in all the Mormon temples.  This is what I witnessed in 1952 when I attended the St. George, Utah temple and observed the play.  More usually though, today, the ceremony is simply a movie.

15.     Audio Recordings and transcripts of the pre-1990 temple ceremony leaked out of the ceremony can be found on the Internet today.

16.     The temple ceremony was dramatically shortened in 1990. Removed were the violent gestures suggesting ways a life might be taken (i.e., "blood oaths"), the consequences to be expected by those disregarding the covenants made therein. Also removed was a scene where a Christian minister is shown to be a lackey of the devil. Still, anyone who has attended the pre-1990 ceremony is bound by their blood oath and has seen the Church's teaching about Christian ministers. And too, even though not explicitly portrayed in the current temple ceremony, both these teachings are taught today as Church doctrine. These comprise two aspects of the pre-1990 temple ceremony which are germane for this Affidavit.

17.     <u>As to the first aspect:</u>  Prior to the 1990 ceremony change, there was a scene in the ceremony where Peter (as in "St. Peter" the Apostle) approaches Adam (in the Telestial World, the world in which we now live)  and refers to a Christian preacher, who in reality, according to Mormon belief, is one of Satan's hirelings.  Peter asks Adam if he believes what the preacher has been telling him, and references that evil men like the preacher do it for glory and to be paid.

18.     To the best of my knowledge, the specific dialog was:

ADAM:          Oh, God, hear the words of my mouth.
                    Oh, God, hear the words of my mouth.

Oh, God, hear the words of my mouth.

LUCIFER:    I hear you.  What is it you want?

ADAM:    Who are you?

LUCIFER:    I am the god of this world.

ADAM:    You, the god of this world?

LUCIFER:    Yes, what do you want?

ADAM:   I am looking for messengers.

LUCIFER:    Oh, you want someone to preach to you.  You want religion, do you?  I will have preachers here presently.

LUCIFER:    Good morning, sir!

PREACHER:    Good morning!  A fine congregation!

LUCIFER:    Yes, they are very good people.  They are concerned about religion.  Are you a preacher?

PREACHER:   I am.

LUCIFER:    Have you been to college and received training for the ministry?

PREACHER:    Certainly!  A man cannot preach unless he has been trained for the ministry.

LUCIFER:   Do you preach the orthodox religion?

PREACHER:    Yes, that is what I preach.

LUCIFER:    If you will preach your orthodox religion to these people and convert them, I will pay you well.

PREACHER:    I will do my best.

189.    The "orthodox religion" is a reference to historical Christianity with, according to Mormon belief, its many errors.  The Church teaches that much of the TRUE gospel has been lost or corrupted over time and Joseph Smith restored the fullness of the gospel.

20.      Even though no longer played out in the current temple ceremony, the belief that Christian preachers are hirelings or tools of Satan continues today and it is currently Mormon belief and doctrine as per ***"Gospel Principles,"*** page 149, 1997 edition, an official Mormon Church publication.  In the Church it is said that these people are trying to plant "seeds of apostasy" as they try to convert us to their religion, in effect making us apostates and depriving us of salvation.  In fact, it is believed those "deceived" and led out of the Church would be cast to "outer darkness" for leaving the One True Church.

21.     When I was a Mormon myself, I naturally considered these "Anti-Mormons," as they are

called today, enemies of the Church.  Given the teaching in the pre-1990 temple ceremony about Christians who evangelize to Mormons, it is reasonable to believe a Mormon judge has a visceral bias, if not outright hatred, of said Christians.

22.     Although I am no longer a member of the Church of Jesus Christ of Latter-day Saints I do respect and honor its members as fellow human beings.  I am not Anti-Mormon but I am Anti-Mormonism. Through research and hard work I have come to believe that Mormonism is, at the least, a questionable religious system and will lead its adherents to ultimate destruction and an eternity away from the presence of God even though they themselves are convinced they belong to the only true church, as did I prior to my leaving.  I also believe most Mormons will not even consider any evidence or writings which do not have the Church leadership's official approval. Mormon leadership exercises great control over the thinking and education of its membership.  I only became convinced of the error of Mormonism through looking outside their "officially approved" literature.

23.     While I am not a Christian evangelist, per se, since out of Mormonism and into Biblical Christianity myself,  I have been rebuffed by Mormons as an "Anti" when I have tried to share what I know with them.  How much more someone who is a full time Evangelist to the Mormons?

24.     The second aspect of the temple ceremony, which reinforces the first aspect, is this:  In the ceremony we recited oaths to the Church, known as "covenants."  We were required to obey various laws of the Church to achieve exaltation.

25.     One of the laws is called the "Law of Sacrifice."  We swore "to sacrifice all that we possess, even our own lives if necessary, in sustaining and defending the Kingdom of God."  The "Kingdom of God" is, of course, the Church.

26.     Likewise, we swore the "Law of Consecration."  We swore in the affirmative that "you do consecrate yourselves, your time, talents and everything which the Lord has blessed you, or with which he may bless you, to the Church of Jesus Christ of Latter-day Saints for the building up of the kingdom of God on the earth and for the establishment of Zion."  Here I took the word "Zion" to refer to a utopian society on earth fostered by the Church with the leadership in Salt Lake City as its head.  "Everything which the Lord has blessed you" includes EVERYTHING.  Political office is not exempt and in fact, is a special blessing from the Lord.  In fact, many Mormon politicians running for office in heavily Mormon demographic regions demonstrate this belief. They will often invoke Joseph Smith's White Horse Prophecy by saying "Vote for me because 'the Constitution is hanging by a thread.'"

27.     We were told to keep these covenants secret.  We were told "to hold them sacred and under no condition will you ever divulge them."  In fact, prior to the 1990 temple ceremony changes, we swore that "We and each one of us do covenant and promise that we will not reveal any of the secrets of this... Should we do so, we agree that our bodies be cut asunder in the midst and all our bowels gush out."  We made the classic gesture, using our finger, of our throats being slit.  Similarly, using our thumbs, we circumscribed a half circle cut out of our lower abdomen where our bowels are.  I can testify to the reality of this or similar wording prior to 1990, as it

was in the ceremony I participated in. The gruesome throat slitting gesture was also demonstrated by a former Mormon on PBS's Frontline program, *The Mormons*.

28.     So strong is this blood oath, I have reason to believe certain of my brothers and sisters in Mormonism were executed in "honor killings" in this very way for revealing the contents of the temple ceremony and/ or trying to leave the Church.  Cases such as these are discussed in various books and writings by former Mormons as well as non-Mormons.  (See *Under the Banner of Heaven: A Story of Violent Faith*, by Jon Krakauer for a documented case of such a murder.)

29.     Even though such "honor killings" are violation of U.S. law, the Mormon Church teaches there exists a "Higher Law," where transgressions of man's law are allowed (if not condoned) if done for the Church.  This mind set continues today.

30.     Given, then, the covenants we made with the Church coupled with the "Higher Law," it is reasonable to believe and expected that a judge who is Mormon would misuse her secular authority against a perceived enemy of the Church.

31.     Given all that's been presented and speaking as both a former temple Mormon and now a Christian who can see both sides of the picture, the defendant in this case was correct to move for a recusal of any Mormon judge due to his public Christian work with the Mormons in addition to evidence presented before trial as to his status as an "Anti-Mormon."  Given the handling of the case by the Mormon judge, I see the appearance if impropriety as well as impropriety itself.  The judge has dishonored the judicial system by misusing "that with which the Lord has blessed her."

These statements are true and correct to the best of my knowledge.


Signed this _5ᵗʰ_ day of May 2010.

Signature _Glenn Parker_


County of Madera

On _5ᵗʰ_ of May 2010, Glenn Parker  personally appeared to me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument. By his signature on this instrument, he executed same.


WITNESS my hand and official seal.

Signature _Barbara D. Lehmann_

BARBARA D. LEHMANN
COMM. #1881801
NOTARY PUBLIC • CALIFORNIA
MADERA COUNTY
Comm. Exp. MARCH 6, 2014

EXHIBIT 9



SEARCH TIME.COM 🔍

## U.S.

Main   The Page   Politics   Swampland   Assignment Detroit   The Detroit Blog   Real C
White House Photo Blog   Videos

# Religion: Women's Rites

Monday, May. 14, 1990

**More on TIME.com**



Top 10 Mad-As-Hell Moments



Top 10 CEO Scandals



Top 10 Failed Celebrity Political Campaigns

MORE

Jews have bar mitzvah, Catholics have confirmation, and Mormons have . . . endowment. Never heard of it? Not surprising, since this coming-of-age rite for all regular church members occurs only in temples that are strictly off limits to nonbelievers, and initiates vow to die rather than reveal details of the ceremony. Despite the secrecy shroud, news has leaked that Mormon officials last month instituted the most sweeping ritual changes in a century.

Among other things, the church deleted the pledge of wifely obedience demanded of women, who typically undergo endowment prior to temple marriage. Now women merely join the men in pledging obedience to God. Another key change occurs in a dramatic representation showing a polytheistic Elohim dispatching Jehovah and Michael to create the world. The scene in which Satan pays a Protestant preacher to lure Mormons from their faith is out, perhaps because it offended converts from Protestantism. (The Latter-Day Saints still hold theirs to be the only authentic form of Christianity.)

The endowment has been altered over the decades, most notably by eliminating the oath to avenge church prophets and blood-curdling secrecy vows ("We agree that our throats be cut from ear to ear"). Ritual secrets are believed to let a Mormon pass into the highest levels of heaven. After performing the rite for themselves, Mormons may repeat it over and over for the vicarious benefit of dead relatives. But by some accounts, the number performing such "temple work" has been falling off. A briefer, modernized ritual could help reverse that trend. Says Mormon author Allen Roberts: "The ceremony is less harsh, less threatening, less offensive."

**Mo**
**MC**

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**Mor**

- 'Anc
- Res
- Qua





EXHIBIT 10

## AFFIDAVIT

**BE IT ACKNOWLEDGED** that Anne Stewart, of Washington, DC, the undersigned deponent, being of legal age, under penalty of perjury, does hereby depose the following:

1. I was born "under the convent" (as a Mormon) into a Mormon family. I officially became a member of The Church of Jesus Christ of Latter-day Saints ("Mormon") upon my baptism at age 8, in October 1985.  I am still on the Church's membership role as of this writing.

2. While a member of the Church, I participated in the secret temple "endowment" ceremony as a "Temple Endowed Member" (one considered worthy enough to receive a "Temple Recommend" and who has participated in the ceremony at least once). The first time I participated in the endowment ceremony was in the San Diego Temple, summer 2000. The last time I attended the endowment ceremony was in the Provo Temple, spring 2002. During those years, I participated in the Temple Ceremonies about once or twice every month, in about 10 different temples around the world.

3. As a result of that experience in the temple, I am thoroughly familiar with the endowment ritual as it was performed during those times.

4. The ritual is a set ritual, presented as a movie, with a live person acting as an "officiator" during certain pauses in the film.  The ritual did not vary from one temple to another, nor from time to time for all the times I attended. I attended the temples in Switzerland and Germany and the ceremony, ritual and visual part of the movie were the same as in the temples I attended in the States. Only a different tongue was spoken - Italian and German. I speak fluent Italian and am familiar enough with German to state that the translations into those languages follow the same script.

5. Under the guise of being "most sacred," the temple Ceremony is secret. In the Endowment Ceremony, regarding certain handshakes and passwords, we were told "They are most sacred, and are guarded by solemn covenants and obligations made in the presence of God, angels and these witnesses to hold them sacred and under no condition will you ever divulge them ..." I understood this instruction to include all that went on in the Temple. It was considered sinful to discuss in detail the temple ceremonies with anyone, and to do so could result in loss of one's Temple Recommend or outright excommunication from the Church.

6. Excommunication from the Mormon Church, which claims to be the "One true church," is akin to being condemned by God.  The pressure to keep the details secret is great.

7. An essential part of the ritual is requiring the participants to take certain oaths (to make certain covenants). Among those covenants which all participants are required to make, is an oath to obey the 'Law of Consecration', which is made as follows: All participants are made to stand and to raise their right arms to the square. The officiator then says: "You and each of you covenant and promise before God, angels, and these witnesses at this altar, that you do accept the Law of Consecration as contained in the Doctrine and Covenants, in that you do consecrate yourselves; your time, talents, and everything with which the Lord has blessed you, or with which he may bless you, to the Church of Jesus Christ of Latter-day Saints, for the building up of the Kingdom of God on the earth and for the establishment of Zion. Each of you bow your head and say "yes."

8. As one raised in Mormonism and a member of the Mormon church, I understood the term "Kingdom of God" to mean the Church of Jesus Christ of Latter-day Saints, and I understood "the establishment of Zion" to mean a future society wherein all members are essentially Mormon (worship the god the Church promulgates), living in communal bliss, dividing their income amongst themselves in a hard working and crime-free world.

These statements are true and correct to the best of my knowledge.

(Seal)

Signed this _27_ day of January, 2003.

Signature

**AFFIDAVIT** (con't)

State of San Jose, CA

County of Santa Clara.

On 27TH of January, 2003, Anne Stewart personally appeared to me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument. By her signature on this instrument, she executed same.

WITNESS my hand and official seal.

Signature _Martha Kelley_

Affiant _____ Known ___X___ Produced ID

**MARTHA KELLEY**
Commission # 1238978
Notary Public - California
Santa Clara County
My Comm. Expires Nov 15, 2003

(Seal)

Type of ID _WASHINGTON, D.C._
_DRIVERS LICENSE_

Notary Public _MARTHA KELLEY_
_Martha Kelley_

My commission expires _11-15-03_

EXHIBIT 11

# **AFFIDAVIT**

BE IT ACKNOWLEDGED that Teddy Michael Cox, of Los Angeles, CA, the undersigned deponent, being of legal age, under penalty of perjury, does hereby depose the following:

1. I was a member in good standing of "The Church of Jesus Christ of Latter-day Saints" a.k.a. "The Mormon Church" headquartered in Salt Lake City, UT, being born in a Mormon family in 1977, until my voluntary resignation from the Church in August 2000.

2. While a member of that Church, I served as Deacon's Quorum President, Teacher's Quorum President, Priest's Quorum First Assistant, Seminary Class President, Home Teacher, Home Teaching District Leader, and Gospel Doctrine Teacher. I served a full-time two-year mission for the Church in Chiclayo, Peru, from 1997 to 1999. In Peru, I served as a District Leader, Zone Leader, and the Mission Financial Secretary.

3. I held a valid "Temple Recommend" from the Church for four consecutive years, from 1997 to 2000. A "Temple Recommend" grants one permission to enter the Temple and participate in the Temple Ceremonies. According to the Mormon Church, participation in these ceremonies is necessary to become a god in the next life. I participated in Temple ceremonies ("Ordinances") numerous times, including Baptism, Confirmation, Washing & Anointing, Endowment, and Sealing ceremonies. In those four years, I participated in Temple Ordinances in Oakland, CA, San Diego, CA, Los Angeles, CA, Provo, UT, and Lima, Peru. In Provo, UT, I participated in Endowment sessions at least once a week for two consecutive months. The Ordinances at these Temples were presented in movie form, making the rituals and oaths (covenants) identical from Temple to Temple for the four years I participated. In Lima, Peru, the Endowment was presented in Spanish, but the instruction, movie, signs, tokens, covenants and obligations were identical to those in the United States.

4. In the Endowment Ceremony, we were told to keep all that goes on in the Temple secret. Specifically, we were instructed in the Ceremony, "to hold them sacred and under no condition will you ever divulge them."

5. A transcript of the Endowment Ceremony is available on-line at http://home.teleport.com/~packham/endow90.htm . This transcript is a fair and accurate representation of the Endowment from 1997 to 2000, when I held a valid Temple Recommend and personally attended Endowment ceremonies in each of the temples listed above.

6. An essential covenant of the Endowment is the "Law of Consecration," which is presented as follows: All participants are instructed to stand and to raise their right arm to the square. The officiator then says, "You and each of you covenant and promise before God, angels, and these witnesses at this altar, that you do accept the Law of Consecration as contained in the Doctrine and Covenants, in that you do consecrate yourselves, your time, talents, and everything with which the Lord has blessed you, or with which he may bless you, to the Church of Jesus Christ of Latter-day Saints, for the building up of the Kingdom of God on the earth and for the establishment of Zion. Each of you bow your head and say 'yes.'" All participants then bow their heads and say "Yes."

7. As a life-long member of the Mormon church I understood the term "Kingdom of God" to mean the Church of Jesus Christ of Latter-day Saints, and I understood "the establishment of Zion" to mean the establishment of a theocratic government directed by that church."

These statements are true and correct to the best of my knowledge.

Signed this ___24th___ day of January, 2003.

Signature _____Teddy Mil__ ___

## AFFIDAVIT (con't)

State of California

County of _LOS ANGELES_

On _24TH_ of January, 2003, Teddy Michael Cox personally appeared to me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument. By his signature on this instrument, he executed same.

WITNESS my hand and official seal.          Signature _Teddy_

Affiant _____ Known ___✓ Produced ID

Type of ID _Cal. DL._

(Seal)

LILLY TAHERI
COMM. #1304069
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires May 10, 2005

_01.24.03_

Notary Public _Lilly Taheri_

My commission expires _05.10.2005_

EXHIBIT 12

# AFFIDAVIT

BE IT ACKNOWLEDGED that Jon Mancil, of Brunswick, Georgia, the undersigned deponent, being of legal age, under penalty of perjury, hereby deposes the following:

1. I was a member in good standing of the Church of Jesus Christ of Latter-day Saints, headquartered in Salt Lake City, Utah (hereafter "Church" or "Mormon church") for 25 years, from 1978 to 2003.

2. During the time I was a member of the Church, I held numerous positions of leadership including Seminary Instructor, Elders Quorum President, 1st and 2nd Counselors in the Bishopric, Sunday School Counselor, and lastly as a Bishop and I became very familiar with the regulations and practices of the Church. I have personal knowledge and experience of the matters I refer to herein.

3. From October 2002 to April 2003 I held the position of "bishop" (pastor) of the Brunswick 1st Ward (congregation) of the Church in Brunswick, Georgia.

4. I have read the Church Handbook of Instructions, Book 1, *Stake Presidencies and Bishoprics*, Published by The Church of Jesus Christ of Latter-day Saints, Salt Lake City, Utah, copyright held by Intellectual Reserve, Inc.

5. It is a strictly observed practice and policy of the Church that all missionaries, bishops, stake presidents and men in high leadership positions must have gone through a secret initiation-type ritual in a Mormon temple, called "the endowment," as a prerequisite to appointment to those positions. All adult Mormons are encouraged to "receive" this endowment. However it is an absolute requirement that missionaries, bishops, and stake presidents receive their endowment before office.

6. A "Temple Recommend" from a bishop or higher is required to participate in the temple ceremony.

7. I held a valid Temple Recommend from April 1988 to April, 2003 and received my endowment in April of 1988.

8. As a bishop, part of my duty was to interview temple patrons to ensure they qualified for temple recommends.

9. After receiving the endowment, a Mormon is encouraged to repeat the ritual frequently, as often as monthly.

10. We were told to keep all that goes on in the Temple secret. Specifically, we were instructed in the Ceremony, "to hold them sacred and under no condition will you ever divulge them."

**AFFIDAVIT** (con't)

11. An important part of the endowment ritual is the taking of certain oaths, called "covenants," to obey various "laws" of the Church, which the Church claims are required by God, and required to achieve godhood (known as exhalation).

12. Among the "laws" which the Mormon swears to obey during the endowment ritual is the "Law of Sacrifice." The exact wording of the Law of Sacrifice is: "to sacrifice all that we possess, even our own lives if necessary, in sustaining and defending the Kingdom of God." The term "Kingdom of God" means the Mormon church.

13. Also among the "laws" which the Mormon swears to obey during the endowment ritual is the "Law of Consecration." The exact wording of the Law of Consecration is that "you do consecrate yourselves, your time, talents and everything which the Lord has blessed you, or with which he may bless you, to the Church of Jesus Christ of Latter-day Saints, for the building up of the Kingdom of God on the earth and for the establishment of Zion." The term "Zion" means the Mormon church, especially acting as a civil government.

14. After receiving the endowment, a Mormon is required to wear, at all times (twenty-four hours a day), specially marked underwear called "the garment" as a reminder of the endowment and the covenants made.

15. Every Mormon who has received the endowment and who wishes to remain a member of the Church in good standing is interviewed at least every two years, and before every appointment to a position in the Church. The interviews are private and conducted by the member's bishop (or a higher authority). Among the questions which must be asked of the member is whether the member is "keeping the covenants" which were made during the endowment ritual. A negative answer to that question is likely to result in the withholding of advancement, denial or revocation of a Temple Recommend, or other Church discipline. Another required question in such interviews is whether the member is wearing the garment at all times.

These statements are true and correct to the best of my knowledge.

Signed this 21st day of July, 2004.

(Seal)

Signature

## AFFIDAVIT

Page 3 of 3

State of Georgia

County of Glynn

On 21 of July 2004, Jon Mancil personally appeared to me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument.  By his signature on this instrument, he executed same.

WITNESS my hand and official seal.          Signature _Elaine Clark_

Affiant ____Known _____Produced ID

Type of ID_____

(Seal)

Notary Public _____

My commission expires     Notary Public Glynn County, Georgia
                          My Commission Expires July 10, 2006.

# EXHIBIT 13

REALTIME NEWS

# News Blaze


Get NewsBlaze in your email

Search Ne

**NEWS**
Daily News
Top Stories
Breaking News
World
Politics
Business
Growth Minute
Health
Food & Wine
Women
Women in Business
Opinion
Letters to the Editor
High Tech
Sports
Horoscope
Entertainment
Entertainment Goss
Music
Features
Books
Poetry
Movie Reviews
Home & Garden
Industry
States
UFOs
Environment
Education
SupportOurTroops
Middle East
South Asia
Cartoons
Video Releases
Most Read

**WIRES**
Eworldwire
Marketwire
GlobeNewswire
PRNewswire
Send2Press
Marketwire Canada
24-7 Pressrelease
Newswise
PR.com
Realwire
ACNNewswire
Business Wire
NewsBlazeWire
Spanish Releases
Movers/Shakers

**OTHER**
About Us
Contact Us
Feedback
Writers
Bookmarks

**BREAKING NEWS: ALTAR GIRLS OUTNUMBER BOYS IN THE VATICAN**

[Search]

Published: August 28, 2007

Op-Ed Contributor

Send to a friend

## Can Mitt Romney Serve Two Masters?

by Tricia Erickson

### The Mormon Church vs. The United States of America

- 1949 Clifford E. Young, Conference Report, April 1949, p. 75-76: When the Constitution of the United States hangs, as it were, upon a single thread, they will have to call for Mormon elders to save it from utter destruction: and they will step forth and do it. (Brigham Young, Journal of discourses, 2:182, Feb 18th, 1855. (Sandra Tanner's site: white horse prophecy.htm)

- 1952 Harold B. Lee, Conference Report, October 1952, p.18 It was Joseph Smith who has been quoted as having said that the time would come when the Constitution would hang as by a thread and at that time when it was thus in jeopardy, the elders of this Church would step forth and save it from destruction. (Sandra Tanner's site: white horse prophecy)

Months ago, I was watching Hannity and Colmes. Sean Hannity, who I have great respect for, said something to the effect that "No one should criticize Mitt Romney because of his faith". Well, Sean, you are one of my favorite people and 99% of the time, I agree with you, however, this time you were really wrong. Let me explain to you and the American people why Mitt's Mormon faith is precisely the reason why Americans should be deeply concerned.

Let me ask you this: Would you have confidence in a president, in a time of war or otherwise, if he had lived a life of believing deception? Would you feel secure with our president if he not only believed in a fabricated religion, but he also is called by his church to preach this distorted gospel and spread Mormonism throughout the world? Would you feel secure with a president who is bound to follow a false prophet? Do you know that if Mitt Romney does not follow what the prophet of the Mormon Church tells him to do, that he is an apostate and can lose his place in the Mormon afterlife? Would you really feel comfortable voting for such a person to be the leader of this country and the free world?

When Mitt's Mormon faith is discussed in the media, the standard response is that John F. Kennedy had the same question posed to him regarding his presidency and John's answer was to assure the American people that the Pope would not be running the country. He assured the American people that his religion and allegiance to the Pope would remain separate from his office of the Presidency.

Please hear what I am saying. I can assure the American public that this same assurance by Mitt Romney to the American public would not be the same. I can assure the American public that if Mitt Romney were to make the same commitment, it would be disingenuous and not to be trusted.

**I think we can all agree that it is important that the leader of the free world has the ability to discern fact from fiction. Otherwise, if he has lived a life of deception, we can conclude that he will continue to be deceived and that his judgment may be distorted. Because the wisdom, judgment and discernment of our President may be crucial to our survival, would it not be prudent to examine his fundamental foundation and beliefs? And if his beliefs are distorted, why would it not be critical to our existence to protect our country from being placed in the hands of such a person?**

Let's look at Mitt's chameleon tendencies. Mitt is a former supporter of gay unions and abortion. However, in order to qualify as a "conservative", he has changed his position on both issues. From Mitt's perfectly placed hair style, to his chiseled looks, to his humble mannerisms, Mitt is properly displaying the "image" that he has been brought up in the church so well to portray.

The spin masters of the church are proficient and seasoned at marketing and displaying the proper Mormon image in which to exhibit to the public. Mitt, his wife and children's apple pie, attractive, clean and wholesome image is the

1 of 5

Link to Us
Advertise
Sitemap

**TECHNOLOGY**
RFID
Supply Chain
Text to Speech
Voice Over IP
Wi-Fi
Games
iPod
Biotech

**NEWSPAPERS**
Sacramento News
Folsom News
Orange County News
East Minnesota
Boca Raton News
St Augustine News
Vero Beach News
Sebastian News

poster of what a Mormon family is taught to present. Mormon television commercials cast the clean and wholesome image of the smiling family that everyone wants to become a part of in their dreams. What could possibly be wrong with this picture?

A recent change in the Mormon marketing plan has been to claim that Mormons are Christians. This could not be further from the truth. Throughout the years of Mormon history, Mormons never called themselves "Christians" and prided themselves in their claim of "special knowledge" that others, including Christians, did not possess, as well as that the Mormon religion was the one and only true way to heaven. The purpose for this change in which, now, they claim to be Christian, is to mainstream themselves in to the appearance of Christianity in order to recruit unsuspecting Christians to their own religion which will bring 10% of the gross of their incomes to the Mormon Church.

Mitt Romney is a long standing, card carrying, temple Mormon. The Mormon temple is a place where only the most faithful followers of the Prophet and the religion are allowed to enter. In this place, Mormons participate in secret signs and rituals in which, up until the 1990's, they were sworn by oath to secrecy that if they revealed anything about these temple rituals, this act would be punishable by death. Here is the exact oath: "I will now explain the covenant and obligation of secrecy which are associated with this token, its name, sign and penalty, and which you will be required to take upon yourselves. If I were receiving my own Endowment today, and had been given the name of "John" as my New Name, I would repeat in my mind these words, after making the sign, at the same time representing the execution of the penalty: I, John, covenant that I will never reveal the **First Token of the Aaronic Priesthood, with its accompanying name, sign, and penalty. Rather than do so, I would suffer my life to be taken."**

These rituals consist of secret hand shakes, tokens, oaths, secret names and many other bizarre proceedings.

 

**Another of the secret oaths taken is to consecrate your time, talents and everything which the Lord has blessed you, or with which he may bless you, to the Church of Jesus Christ of Latter-day Saints....**(do you understand this implication regarding the office of the Presidency of the United States?)

From Richard Peckham's site: http://home.teleport.com/%7Epackham/temples.htm, it is important to read two additional oaths of death Mormons have made in the secret temple ceremonies:

   1. "The First Token of the Aaronic Priesthood is given by clasping the right hands and placing the joint of the thumb directly over the first knuckle of the other person's hand. The name of this token is the New Name that was received in the washing and anointing ceremony. The sign is made by bringing the right arm to the square, the palm of the hand to the front, the fingers close together, and the thumb extended. The execution of the Penalty was represented by placing the right thumb under the left ear, the palm of the hand down, and by drawing the thumb quickly across the throat to the right ear, and dropping the hand to the side". (In case you did not notice, this is the sign of slashing your throat)

   2. "This Token is given by clasping the right hands and placing the joint of the thumb between the first and second knuckles of the hand. The name of this token is one's own first given name if going through the temple for one's own endowment, or, if going through for the dead, it is the first given name of the dead person. The sign is made by bringing the right hand in front, with the hand in cupping shape, the right arm forming a square, and the left arm being raised to the square. The Execution of the Penalty was represented by placing the right hand on the left breast, drawing the hand quickly across the body, and dropping the hands to the sides." (Again, this is a sign of slashing your chest through the bottom of your stomach)

In case you are wondering about my reliability to write about the Mormon Church, let me just say that I was born and raised in The Church of Jesus Christ of Latter Day Saints, the Mormon Church. I am a former Bishops daughter. I

left the church when I was in my 20's and it has taken me many years to deprogram myself from the false teachings of the church. The Mormon Church is based on a false prophet, Joseph Smith, who was a fortune teller and a money digger before he invented this false religion in order to back up his deviant lifestyle of polygamy and control. The Mormon Church has lied to its members since its origin. Please know that I am not trying to hurt Mitt or any Mormon. There are members of my own family that I love dearly, who are still deceived by the many false teachings of this church.

It is because of my former Mormon upbringing that I can speak to this issue with credibility. In order for you to make an informed judgment about whether Mitt Romney should be the President, you need to know what he believes. Here are just a few of many teachings that Mitt Romney, as well as, Orin Hatch and Harry Reid believe:

- Mitt believes he will become a God. He believes that if he lives a perfect life, and keeps all of the signs and oaths he has made in the Mormon temple, he and his wife will go to the celestial kingdom which is one of three kingdoms Mormons go to when they leave this life. The celestial kingdom is the highest degree of glory a Mormon can attain. If a Mormon attains entry in to this kingdom, he will become a God and be rewarded with his own kingdom in which he will continue to have sexual relations to create more children to populate his kingdom/planet. Brigham Young, the 2nd prophet of the Mormon Church stated:

  - Mormonism is the "only system of religion known in heaven or on earth that can exalt a man to the Godhead". Journal of Discourses, vol. 10, p. 251 (1863), Joseph Smith taught a plurality of gods, and that man by obeying the commandments of God and keeping the whole law will eventually reach the power and exaltation by which he also will become a god. Joseph Fielding Smith Jr., Doctrines of Salvation, Vol.1, p.97 - p.98:


- I recently heard that Mitt Romney said he believed in the virgin birth of the baby Jesus. I dare to say that Mitt may be misrepresenting his belief in the virgin birth of Jesus and may be continuing his pattern of pandering to say whatever will draw votes. Mormons are taught and believe that God came to earth and had sex with Mary to create Jesus.

  - "God the Father is a perfected, glorified, holy Man, an immortal Personage. And Christ was born into the world as the literal Son of this holy being; he was born in the same personal, real, and literal sense that any mortal son is born to a mortal father. There is nothing figurative about his paternity; he was begotten, conceived and born in the normal and natural course of events, for he is the Son of God, and that designation means what it says." (Mormon Doctrine, by Bruce McConkie, p. 742)

- Mormons are taught that God had a wife and was born from his father-God and wife, and his God's father-God was also born from his God parents, continuing back through the beginning of time. In other words, there were always Gods who begat Gods who begat Gods

- Joseph Smith, the founder of the church wrote in the Book of Mormon that many American Indians are descendants of ancient Israelites who came to this continent 600 years before Christ. This has been scientifically disproven by DNA evidence, yet Mormons still stand on blind faith that this is true.
- The bible states that if a prophet prophecies a false prophecy, he is a false prophet.

  - Go to Ed Decker's site: The False Prophet, Joseph Smith "AND IT DIDN'T COME TO PASS...."Preface by Ed Decker http://www.saintsalive.com/mormonism/falseprophetjs.htm,which lists over 50 false prophesies made by Joseph Smith, the prophet, seer, revelator, founder and establisher of the Mormon Church.

- **Mormons believe that Blacks were cursed with dark skin:**

  - Quote: Though he was a rebel and ASSOCIATE OF LUCIFER IN PRE-EXISTENCE, ...Cain managed to attain the privilege of mortal birth.... [H]e came out in open rebellion, fought God, worshiped Lucifer, and slew Abel.... AS A RESULT OF HIS REBELLION, CAIN WAS CURSED WITH A DARK SKIN; HE BECAME THE FATHER OF THE NEGROES, and THOSE SPIRITS WHO ARE NOT WORTHY to receive the priesthood are born through his lineage." LDS "Apostle" Bruce McConkie, Mormon Doctrine, pp. 108-109, 1966 edition, emphasis added. Article was written by a Christian, Peter Elias. Reference: http://www.exmormon.org/blacks1.htm

- **Mormons believe that Jesus and Lucifer were brothers:**

  - Mormonism teaches that Jesus, Lucifer and all mortals on this earth were originally born as spirit children to God the Father and his wife in a pre-mortal life. Angels, devils, mortals and gods are regarded as the same species but in different stages of advancement or judgment. The two oldest sons were Jesus and Lucifer. Lucifer convinced one-third of his brothers and sisters to join him in rebellion and were expelled from Heaven. Apostle John A. Widtsoe explained. Reference: Sandra Tanner, http://www.utlm.org/onlineresources/ldsteachingonlucifer.htm

- **Mormons incorrectly claim to be Christians:**

  - A Christian believes in the virgin birth and biblical truths.
  - Mormons do not believe in the virgin birth which substantiates the deity of Christ. A great deal of Mormon doctrine is not biblical.
  - They distort the deity of Christ which disqualifies them as "Christians".
  - Mormons believe that Jesus worked his way through "good works" to Godhood, as they can also become the same. According to the bible, this is blasphemy to claim to be a "God".

In summation, just let me say that these are just a few of the peculiar and unbiblical beliefs of the Mormon Church. Mitt Romney is a Mormon. Thus, Mitt Romney believes what has been proven to be, in many cases, a false religion. Mitt Romney participates in secret and bizarre temple ceremonies in the Mormon Church. Mitt Romney is mandated by the Mormon Church to spread the "one and only true religion of Mormonism", much like Islam is commanded to be spread by the teachings of the Koran. Joseph Smith, the founder of the Mormon Church has been proven to be a false prophet by way of his many false prophecies.

So Sean, maybe after reading this, you may reconsider your statement about Mitt Romney's faith. I challenge everyone in the US to study and become informed about the beliefs of not only Mitt Romney, but all of the presidential candidates and what they stand for. We are living in dangerous times due to the threats to our very security in this country. We cannot afford to elect a president who is not equipped to discern the truth about his religion, or any aspect of any matters that must be handled in the office of the Presidency of the United States of America.

*About the author:*



*Tricia Erickson is a veteran media pro. Tricia is and was the first Damage Control/Crisis Communications/Media Manager and Crisis Management Expert in the country as stated by Barbara Walters on the show, "20/20".*

*Tricia is also a frequent on-air expert, called to speak on various current media issues. She has appeared on every major network and most cable networks numerous times over the years. Some of the issues Tricia has been called to comment on are the strategy and imaging of Presidential Candidates, Islam, Mormonism, Wal-Mart, Michael Jackson, politics, Hollywood, Ethics in the Media and more.....*

*Tricia has also been a casting director for 22 years and has worked on many TV shows, series and major films, some of which are Minority Report, The Silence of the Lambs, Hannibal, Fat Albert, Rules of Engagement and many more....*

*Tricia is presently the President of Angel Pictures, LLC, a Major Motion Picture, TV and project Development Company and Crisis Management, Inc.*

For More Information:www.crisismanagementincorporated.com

Copyright © 2010, NewsBlaze, Daily News
Tags:

* The views of Opinion writers do not necessarily reflect the views of NewsBlaze

Search

EXHIBIT 14



Judith Freeman, former Mormon, demonstrates throat slit gesture made by Mormon patrons during pre-1990 Mormon temple ceremony.

"And I remember that at that time, there were certain things- part of the rituals in the temple is that you made the sign of disemboweling yourself and then also slitting your throat. And you made this in conjunction with the promise that you made that you would never reveal what goes on in the temple. You would never reveal any temple rituals."

Screen shot from PBS's FRONTLINE production titled "<u>The Mormons</u>," aired on May 1, 2007.

# EXHIBIT 15

# 10. Church Discipline

For units in the United States and Canada, the term *administration office* in this section refers to Church headquarters in Salt Lake City.

For units outside the United States and Canada, the term *administration office* refers to the Presiding Bishopric administration office or service center that serves the unit.

In this section, references to transgressors are in the masculine gender but also include the feminine.

## Purposes of Church Discipline

The purposes of Church discipline are (1) to save the souls of transgressors, (2) to protect the innocent, and (3) to safeguard the purity, integrity, and good name of the Church. These purposes are accomplished through private counsel and caution, informal probation, formal probation, disfellowshipment, and excommunication (see pages 108–10).

### Save the Souls of Transgressors

The first purpose of Church discipline is to save the souls of transgressors by helping them repent (see D&C 1:31–32; 19:13–20; 42:37; 64:12–13). When people do not repent, they are exposed to the demands of eternal justice (see Alma 34:16). When they exercise faith unto repentance, God forgives them, granting mercy through the Atonement of Jesus Christ (see Alma 42:23; D&C 58:42). Through this process they may once again become clean and worthy to inherit the kingdom of God (see 3 Nephi 27:19; Moses 6:57).

Church discipline can facilitate repentance by helping transgressors recognize and forsake sin, seek forgiveness, make restitution, and demonstrate a renewed commitment to keep the commandments. Informal Church discipline often is adequate for this purpose (see pages 108–9). However, in some instances the only way to encourage true repentance is to convene a disciplinary council (formerly called a Church court) and consider formal discipline (see pages 109–10). Without formal discipline, some transgressors may never experience the change of behavior and change of heart necessary to qualify them for redemption through the Atonement, for "none but the truly penitent are saved" (Alma 42:24).

### Protect the Innocent

The second purpose of Church discipline is to protect the innocent. With inspiration, a priesthood leader should act to protect Church members when a transgressor poses a physical or spiritual threat to them, such as by physical harm, sexual abuse, drug misuse, fraud, or apostasy (see Alma 5:59–60).

### Safeguard the Integrity of the Church

The third purpose of Church discipline is to safeguard the purity, integrity, and good name of the Church. Consequently, transgressions that significantly impair the good name or moral influence of the Church may require the action of a disciplinary council.

## Responsibility for Church Discipline

God does not overlook sin, and His servants cannot ignore evidence of serious transgressions (see Mosiah 26:29; D&C 1:31). Stake presidents, bishops, mission presidents, district presidents, and branch presidents are called and set apart to be judges in Israel (see D&C 107:72–74). They are to "judge . . . by the testimony of the just, . . . according to the laws of the kingdom which are given by the prophets of God" (D&C 58:18).

Church leaders are to help members avoid transgression. If a member commits a serious transgression, leaders administer Church discipline in a spirit of love so it can bless the life of the transgressor. To do this, leaders must be guided and inspired by the Lord.

Church discipline is administered in the ward or stake that has the transgressor's membership record (see "Jurisdiction in Special Circumstances" on page 106 for exceptions). Church leaders' responsibilities for initiating and administering Church discipline are outlined in the following paragraphs.

### Stake President

The stake president has authority over the Church discipline of all members in a stake. However, bishops normally administer Church discipline unless evidence indicates that a person who holds the Melchizedek Priesthood is to be excommunicated. In that case, the stake president convenes a stake disciplinary council. When a stake president convenes a disciplinary council, the participation of the stake presidency and high council is required as outlined in "Stake Disciplinary Councils" on page 112.