```
P. "Mike" Palmer
POB 5564
Glendale, AZ 85312
602-513-3738 (cell)
Pro Se
```

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| Peter Michael Palmer, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Yavapai County; et al.,<br><br>Defendants | CV 10-8049-JWS<br><br>**APPLICATION FOR<br>ENTRY OF DEFAULT AND<br>DEFAULT JUDGMENT**<br><br>(Judge John W. Sedwick) |
|---|---|

TO: THE CLERK OF THE ABOVE NAMED COURT

Pursuant to Fed.R.Civ.P 55(a) plaintiff requests the Clerk enter default in this matter against Defendant Yavapai County (only) on the ground that said defendant has failed to plead or otherwise defend against the Complaint, as shown by the attached Affidavit (Exhibit 1.)

Also, pursuant to Fed.R.Civ.P. 55(b)(1), plaintiff requests the Clerk enter a default judgment in the amount of $100,000.00 against Defendant Yavapai County (only). The sum of $100,000.00 is made certain pursuant to the timely Notice of Claim filed with Defendant Yavapai County. (Exhibit A of the attached Affidavit.)

Plaintiff, appearing in forma pauperis, and per his Notice of Claim requests the Clerk instruct Defendant Yavapai County to issue three checks payable to three 501(c)(3) charities on behalf of plaintiff: A check for $33,333.33 made out to "Old Paths Bible Baptist Church;" a check for $33.333.33 made out to "Christian Research & Counsel," and a check for $33,333.34 made out to "Utah Gospel Mission."

1

2 SUBMITTED this 27th day of August 2010

3

4

5          By: /s/ P. Michael Palmer
          P. Michael Palmer
6          POB 5564
          Glendale, AZ 85312
7          602-513-3738

8

9

10

11 **Certificate of Service:**

12 Copy of the foregoing mailed via
U.S. Mail on August 27th, 2010 to:

13 Julie Ayers; Yavapai County Administrator
1015 Fair Street
14 Prescott, Arizona 86305

15 Counsel for other defendants:

16 Mr. Marc Appel
Appel Law Office, P.L.L.C.
17 10601 N. Hayden Rd., Suite I-103
Scottsdale, AZ 85260
18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# AFFIDAVIT OF PETER M. PALMER

STATE OF ARIZONA            )
                            ) ss.
County of Maricopa          )

BE IT ACKNOWLEDGED that Peter M. Palmer, the undersigned deponent, attests to the following under penalty of perjury:

1. I have personal knowledge of the facts set forth herein.

2. The Defendant Yavapai County was served, through its agent Julie Ayers, with a summons and a copy of the Complaint in this action (CV 10-8049) on July 30, 2010.

3. More than 21 days have elapsed since the above service.

4. Neither plaintiff or the Court have granted defendant any extension of time to respond to the Complaint.

5. The Defendant Yavapai County has failed to plead or otherwise defend against the Complaint.

6. The Defendant Yavapai County is not an infant or an incompetent person nor is Yavapai County in military service.

7. The amount of $100,000.00 claimed by plaintiff is a sum made certain via the timely Notice of Claim for same, filed on October 6, 2009 with defendant, attached as Exhibit A.

8. I certify I am my own counsel and I made this affidavit in good faith and that these statements are true and correct to the best of my knowledge.

Signed this 27 day of August 2010.

Signature _____

State of Arizona
County of Maricopa

On __27__ of August 2010, Peter Palmer personally appeared to me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument. By his signature on this instrument, he executed same.

WITNESS my hand and official seal.

Signature _Susan N. Culpepper_

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
SUSAN N. CULPEPPER
My Appointment Expires 10/19/11

# EXHIBIT A



# Yavapai County Human Resources and Risk Management Services

# NOTICE OF CLAIM AGAINST YAVAPAI COUNTY

ALL CLAIMS MUST COMPLY WITH A.R.S. § 12-821.01, ET SEQ., AND MUST BE FILED WITHIN 180 DAYS AFTER THE CAUSE OF ACTION ACCRUES.  BY PROVIDING THIS CLAIM FORM, OR ENTERING INTO DISCUSSIONS OR NEGOTIATIONS WITH YOU, OR RESPONDING OR FAILING TO RESPOND TO THIS CLAIM NOTICE, THE COUNTY OF YAVAPAI DOES NOT WAIVE ANY OF ITS DEFENSES PURSUANT TO A.R.S. § 12-821.01, ET SEQ., OR ANY OTHER LAW.  IF YOU ARE UNSURE ABOUT YOUR LEGAL OBLIGATIONS, CONSULT A LAWYER.

**File with:** Yavapai County Board of Supervisors, 1015 Fair St., Prescott, AZ 86305

## CLAIMANT INFORMATION

| Field | Value |
|---|---|
| Claimant Name | PETER MICHAEL PALMER |
| Phone | 602-313-3738 |
| Mailing Address | POB 5564 |
| City | Glendale |
| State | AZ |
| Zip Code | 85312 |

## DESCRIPTION OF LOSS

| Field | Value |
|---|---|
| Date of Loss (MM/DD/YYYY) | 04 09 2009 |
| Place of loss | Yavapai County Courthouse |
| Time of Loss | 11 A.M. |

Specify the particular occurrence, event, act, omission or County employee(s) you claim caused the injury or damage (attach additional pages as necessary):

Please see Attachment

State the legal basis on which you claim the County of Yavapai or it's employee(s) was/were at fault:

Attachment

Names and addresses of any other person(s) injured:

Names and address of the owner of any damaged property:

Names and addresses of any witnesses, hospitals, doctors, etc

Attachment

Provide a complete description of the bodily or personal injury or loss and extent of property damage, so far as is known at the time of his/her claim. If there were no injuries, state 'no injuries' (attach additional pages as necessary).

Please see Attachment

Total Amount of Damages Claimed: $ 100,000.00

Attach estimates of repairs, copies of medical bills, receipts, photographs, law enforcement reports and any other relevant documentation to support your claim.   Attachment

## SIGNATURES

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information and belief, and as to such matters, I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

CLAIMANT SIGNATURE: _[signed]_   DATE: 10/05/09

THIS FORM IS OFFERED BY THE COUNTY OF YAVAPAI FOR CONVENIENCE PURPOSES ONLY –THE CLAIMANT(S) REMAINS SOLELY RESPONSIBLE TO INSURE COMPLIANCE WITH STATE LAW. YOU ARE CAUTIONED THAT YOU MUST PROVIDE SUFFICIENT FACTS FOR THE COUNTY TO UNDERSTAND THE BASIS UPON WHICH LIABILITY IS CLAIMED, A SPECIFIC AMOUNT FOR WHICH THE CLAIM CAN BE SETTLED, AND THE FACTS SUPPORTING THE AMOUNT FOR WHICH YOU STATE THE CLAIM CAN BE SETTLED.

Revised 6/30/09