Marc A. Appel, Esq., #010759
**APPEL LAW OFFICE, P.L.L.C.**
10601 N. Hayden Rd., Suite I-103
Scottsdale, Arizona 85260
Telephone: (480) 315-1216
Facsimile: (480) 315-1218
Email: Marc.appel@azbar.org

Attorney for the Honorable Mary E. Hamm, the Honorable Arthur Markham, Clerk Cynthia J. Runner, Yavapai County Board of Supervisors Carol Springer, Thomas Thurman and Chip Davis, and Yavapai County, defendants

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Michael Palmer, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>Yavapai County, a political subdivision of the State of Arizona; Mary E. Hamm and John Doe Hamm, wife and husband; Sheila Polk and John Doe Polk, wife and husband; Carol Springer and John Doe Springer, wife and husband; Thomas Thurman and Jane Doe Thurman, husband and wife; Chip Davis and Jane Doe Davis, husband and wife; Cynthia J. Runner and John Doe Runner, wife and husband; Arthur Markham and Jane Doe Markham, husband and wife; John and Jane Does I-X,<br><br>          Defendants. | No. CV10-08049-JWS<br><br>**DEFENDANT YAVAPAI COUNTY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable John W. Sedwick) |

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Yavapai County, by and through undersigned counsel, moves for an order dismissing the plaintiff's first amended complaint because that complaint fails to state a claim upon which relief may be granted against Yavapai County. In support of this motion, Yavapai County submits the following memorandum of points and authorities.

-2-

I. **PLAINTIFF'S FIRST AMENDED COMPLAINT SHOULD BE DISMISSED BECAUSE IT DOES NOT CONTAIN ANY ALLEGATIONS OF LIABILITY AGAINST THE YAVAPAI COUNTY.**

The only allegation contained in the plaintiff's first amended complaint directed at Yavapai County is paragraph 2. That paragraph simply alleges that Yavapai County is a political subdivision of the State of Arizona. The plaintiff's first amended complaint is void of any additional allegations against Yavapai County.

Because the plaintiff's first amended complaint does not allege any theory of liability against Yavapai County, the court grant Yavapai County's motion to dismiss.

DATED this 7th day of October, 2010.

           **APPEL LAW OFFICE, P.L.L.C.**

           By /s/ Marc A. Appel _____
            Marc A. Appel, Esq.
            10601 N. Hayden Road, Suite I-103
            Scottsdale, Arizona 85260
            Attorney for the Honorable Mary E. Hamm, the Honorable Arthur Markham, Clerk Cynthia J. Runner, Yavapai County Board of Supervisors Carol Springer, Thomas Thurman and Chip Davis, and Yavapai County, defendants

ORIGINAL of the foregoing electronically filed
this 7th day of October, 2010 with:

Clerk of the Court
United States District Court
401 W. Washington Street
Phoenix, Arizona 85003

COPY of the foregoing mailed
this 7th day of October, 2010 to:

The Honorable John W. Sedwick
District Court of Arizona
401 W. Washington Street
Phoenix, Arizona 85003

-3-

1  COPY of the foregoing mailed this
   7th day of October, 2010 to:
2
   P. "Mike" Palmer
3  PO Box 5564
   Glendale, Arizona  85312
4  Plaintiff Pro Se

5  /s/ Heather A. Coover

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26