Marc A. Appel, Esq., #010759
**APPEL LAW OFFICE, P.L.L.C.**
10601 N. Hayden Rd., Suite I-103
Scottsdale, Arizona 85260
Telephone:  (480) 315-1216
Facsimile:  (480) 315-1218
Email:  Marc.appel@azbar.org
Attorney for the Honorable Mary E. Hamm,
the Honorable Arthur Markham, Clerk Cynthia
J. Runner, Yavapai County Board of
Supervisors Carol Springer, Thomas Thurman
and Chip Davis, Yavapai County, and Sheila Polk, defendants

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Michael Palmer, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Yavapai County, a political subdivision of the State of Arizona; Mary E. Hamm and John Doe Hamm, wife and husband; Sheila Polk and John Doe Polk, wife and husband; Carol Springer and John Doe Springer, wife and husband; Thomas Thurman and Jane Doe Thurman, husband and wife; Chip Davis and Jane Doe Davis, husband and wife; Cynthia J. Runner and John Doe Runner, wife and husband; Arthur Markham and Jane Doe Markham, husband and wife; John and Jane Does I-X,<br><br>Defendants. | No.  CV10-08049-JWS<br><br>**DEFENDANT YAVAPAI COUNTY AND SHEILA POLK'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable John W. Sedwick) |

Defendants Yavapai County and Sheila Polk, by and through undersigned counsel, submit the following separate statement of facts in support of their motion for summary judgment:

1.   The only allegation contained in the plaintiff's first amended complaint regarding Yavapai County is at paragraph 2.

2.   Paragraph 2 of the plaintiff's first amended complaint states:

   Defendant YAVAPAI COUNTY is, at all times relevant, a

-1-

political subdivision of the State of Arizona.

3. The only allegations contained in the plaintiff's first amended complaint regarding Sheila Polk are at paragraphs 4, 20, 72, 79, 80, 81 and 82.

4. Paragraph 4 of the plaintiff's amended complaint states:

> Defendants SHEILA POLK ("Yavapai County Prosecutor") and JOHN DOE POLK, are, at all times relevant, wife and husband residing in Yavapai County, Arizona. Defendant Sheila Polk holds the position of Yavapai County Prosecutor. All actions taken by Defendant Sheila Polk were on behalf of the marital community.

5. Paragraph 20 of the plaintiff's first amended complaint states:

> Yavapai County Prosecutor, Sheila Polk, was, and is, a member of the Commission [of Judicial Conduct] at the time. She recused herself from Judge Hinson's matter so was aware of the complaint. Presumably she had a favorable working relationship with Judge Hinson. I allege she has "connections" and could easily have discovered I filed the complaint against her colleague.

6. Paragraph 72 of the plaintiff's first amended complaint states:

> Also on October 5, 2009, I sent a letter to the Yavapai County Prosecutor's office (i.e. Sheila Polk) informing it by Affidavit of the tampering of the court file I witnessed and requesting an investigation for criminal prosecution. Tampering with a Public record is a felony is Arizona (Four counts.) One cannot get documents into a court file without a clerk being involved.

7. Paragraph 79 of the plaintiff's first amended complaint states:

> I received a letter from the Yavapai County Prosecutor's office, dated October 19, 2009, declining to investigate tampering of the court file, citing a conflict of interest with Judge Hamm.

8. Paragraph 80 of the plaintiff's first amended complaint states:

> I responded on November 21, 2009, reminding the Prosecutor's office that I specifically did not ask it to

      investigate Judge Hamm but rather to investigate a clerk and the Plaintiff for A.R.S. § 13-2810(A)(2) "Interfering with judicial proceedings" and A.R.S. § 13-2407 "tampering with a public record." (Class 1 misdemeanor and Class 6 felony, respectively.) I reminded the Prosecutor that her first duty, by oath, was to the Law and to the State. Her second duty, as an officer of the court, was to uphold the integrity of the Judiciary. If she felt there was a conflict of interest, she should refer the matter to an independent Prosecutor.

9. Paragraph 81 of the plaintiff's first amended complaint states:

      I never received a response.

10. Paragraph 82 of the plaintiff's first amended complaint states:

      I note for the record that Prosecutor Polk was the subject of public outrage in April 2006 for not prosecuting two teenagers who had been charged with 36 felony counts of sexual assault. (Sodomy.) It turns out that one of the boys was the son of a Mormon State Senator. As part of a plea so that the son could go on his mission for the Mormon church, the felonies were pled down to one misdemeanor count and only five days in jail. I allege this demonstrates religious bias by the County Prosecutor toward Mormons (a sizeable, active constituency in Yavapai County) and therefore, biased against me. Yet another deprivation of my 1st and 14th Amendment rights.

DATED this 19th day of November, 2010.

      **APPEL LAW OFFICE, P.L.L.C.**

      By /s/ Marc A. Appel
      Marc A. Appel, Esq.
      10601 N. Hayden Road, Suite I-103
      Scottsdale, Arizona 85260
      Attorney for the Honorable Mary E. Hamm, the Honorable Arthur Markham, Clerk Cynthia J. Runner, Yavapai County Board of Supervisors Carol Springer, Thomas Thurman and Chip Davis, Yavapai County, and Sheila Polk, defendants

1 | ORIGINAL of the foregoing electronically filed this 19th day of November, 2010 with:

2

3 | Clerk of the Court
United States District Court
4 | 401 W. Washington Street
Phoenix, Arizona 85003

5

6 | COPY of the foregoing mailed this 19th day of November, 2010 to:

7 | The Honorable John W. Sedwick
District Court of Arizona
8 | 401 W. Washington Street
Phoenix, Arizona 85003

9

10 | COPY of the foregoing mailed this 19th day of November, 2010 to:

11 | P. "Mike" Palmer
PO Box 5564
12 | Glendale, Arizona 85312
Plaintiff Pro Se

13

14 | /s/ Heather A. Coover