|   |   |   |
|---|---|---|
| 1 | P. "Mike" Palmer | |
| 2 | POB 5564<br>Glendale, AZ 85312<br>602-513-3738 (cell) | |
| 3 | Pro Se | |

FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 24 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY



IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Peter Michael Palmer, an individual | | CV 10-8049-JWS |
| | Plaintiff, | **PLAINTIFF'S MOTION TO STRIKE DEFENDANT YAVAPAI COUNTY'S DOCUMENTS 56 & 57** |
| vs. | | |
| Yavapai County; et al., | | |
| | Defendants | (Judge John W. Sedwick) |

    Pursuant to Fed.R.Civ.P. 12(f) plaintiff moves the Court to strike Defendant Yavapai County's Documents 56 & 57 as "immaterial." Specifically, both documents list Sheila Polk in their caption. But Sheila Polk was never served in this action. Further, she is not named as a defendant in the amended complaint pro se plaintiff offered the Court as Exhibit 1 in Document 52. (Denied by the Court.)

    Likewise, many of defendant's answers are moot and therefore "immaterial." Pro se plaintiff has admitted to this Court that his complaint was inartful when I sought to amend my complaint. I removed many of the allegations defendant was forced to answer in this Round. As I have filed this same day a Notice of Appeal to amend my complaint, defendant's documents would be moot on their face if I prevail on appeal.

    Alternatively as a reason to strike, defense counsel would never have filed these documents had the Court not advised / instructed defense counsel how to prevail

against pro se plaintiff.[1] (See Court's Order, Document 55.) Therefore, the Court's instruction to defense counsel was prejudicial on its face and any fruit from this interference is patently inadmissable. Therefore, pursuant to LRCiv. 7.2(m)(1), defense's documents should be stricken "on the ground that it is prohibited (or not authorized) by a statute, rule, or [lawful] court order." This latter is the proper remedy now that the damage has been irreversibly done by the Court.

SUBMITTED this 24th day of November 2010

By: /s/ P. Michael Palmer
P. Michael Palmer
POB 5564
Glendale, AZ 85312
602-513-3738

**Certificate of Service:**

Copy of the foregoing mailed via U.S. Mail on November 24, 2010 to:

Mr. Marc Appel
Appel Law Office, P.L.L.C.
10601 N. Hayden Rd., Suite I-103
Scottsdale, AZ 85260

---

[1] I explain this more fully in my § 455 motion for disqualification of Judge Sedwick, filed this same day.