Marc A. Appel, Esq., #010759
**APPEL LAW OFFICE, P.L.L.C.**
10601 N. Hayden Rd., Suite I-103
Scottsdale, Arizona 85260
Telephone: (480) 315-1216
Facsimile: (480) 315-1218
Email: Marc.appel@azbar.org
Attorney for the Honorable Mary E. Hamm,
the Honorable Arthur Markham, Clerk Cynthia
J. Runner, Yavapai County Board of
Supervisors Carol Springer, Thomas Thurman
and Chip Davis, Yavapai County, and Sheila Polk, defendants

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Michael Palmer, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Yavapai County, a political subdivision of the State of Arizona; Mary E. Hamm and John Doe Hamm, wife and husband; Sheila Polk and John Doe Polk, wife and husband; Carol Springer and John Doe Springer, wife and husband; Thomas Thurman and Jane Doe Thurman, husband and wife; Chip Davis and Jane Doe Davis, husband and wife; Cynthia J. Runner and John Doe Runner, wife and husband; Arthur Markham and Jane Doe Markham, husband and wife; John and Jane Does I-X,<br><br>Defendants. | No. CV10-08049-JWS<br><br>**DEFENDANTS YAVAPAI COUNTY AND YAVAPAI COUNTY ATTORNEY SHEILA POLK'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE THOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING STATEMENT OF FACTS**<br><br>(Assigned to the Honorable John W. Sedwick) |

Defendants Yavapai County and Yavapai County Attorney Sheila Polk request that the plaintiff's motion to strike documents 56 and 57 (Yavapai County and Yavapai County Attorney Sheila Polk's motion for summary judgment and supporting statement of facts) be denied because Yavapai County and County Attorney Polk are entitled to summary judgment for the reasons set forth in documents 56 and 57. If Yavapai County and County Attorney Polk's motion for summary judgment is granted, then there will be a dispositive motion granted on behalf of all the named defendants and a final judgment

can be entered by the court.

DATED this 29th day of November, 2010.

**APPEL LAW OFFICE, P.L.L.C.**

By /s/ Marc A. Appel
Marc A. Appel, Esq.
10601 N. Hayden Road, Suite I-103
Scottsdale, Arizona 85260
Attorney for the Honorable Mary E. Hamm, the Honorable Arthur Markham, Clerk Cynthia J. Runner, Yavapai County Board of Supervisors Carol Springer, Thomas Thurman and Chip Davis, Yavapai County, and Sheila Polk, defendants

ORIGINAL of the foregoing electronically filed this 29th day of November, 2010 with:

Clerk of the Court
United States District Court
401 W. Washington Street
Phoenix, Arizona  85003

COPY of the foregoing mailed this 29th day of November, 2010 to:

The Honorable John W. Sedwick
District Court of Arizona
401 W. Washington Street
Phoenix, Arizona  85003

COPY of the foregoing mailed this 19th day of November, 2010 to:

P. "Mike" Palmer
PO Box 5564
Glendale, Arizona  85312
Plaintiff Pro Se

/s/ Heather A. Coover

-2-