Marc A. Appel, Esq., #010759
**APPEL LAW OFFICE, P.L.L.C.**
10601 N. Hayden Rd., Suite I-103
Scottsdale, Arizona 85260
Telephone: (480) 315-1216
Facsimile: (480) 315-1218
Email: Marc.appel@azbar.org

Attorney for the Honorable Mary E. Hamm,
the Honorable Arthur Markham, Clerk Cynthia
J. Runner, Yavapai County Board of
Supervisors Carol Springer, Thomas Thurman
and Chip Davis, Yavapai County, and Sheila Polk, defendants

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Michael Palmer, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Yavapai County, a political subdivision of the State of Arizona; Mary E. Hamm and John Doe Hamm, wife and husband; Sheila Polk and John Doe Polk, wife and husband; Carol Springer and John Doe Springer, wife and husband; Thomas Thurman and Jane Doe Thurman, husband and wife; Chip Davis and Jane Doe Davis, husband and wife; Cynthia J. Runner and John Doe Runner, wife and husband; Arthur Markham and Jane Doe Markham, husband and wife; John and Jane Does I-X,<br><br>Defendants. | No. CV10-08049-JWS<br><br>**NOTICE OF ERRATA TO DOCUMENT 62**<br><br>(Assigned to the Honorable John W. Sedwick) |

Defendants Yavapai County and Yavapai County Attorney Sheila Polk give notice of the correcting of document 62 to reflect that document 56 is not their motion for summary judgment but rather their answer to the plaintiff's amended complaint. A separate response to the plaintiff's motion to strike document 56 (YavapaI County and Yavapai County Attorney Sheila Polk's answer to the plaintiff's amended complaint) will be forthcoming.

-1-

DATED this 29th day of November, 2010.

**APPEL LAW OFFICE, P.L.L.C.**

By /s/ Marc A. Appel
Marc A. Appel, Esq.
10601 N. Hayden Road, Suite I-103
Scottsdale, Arizona 85260
Attorney for the Honorable Mary E. Hamm, the Honorable Arthur Markham, Clerk Cynthia J. Runner, Yavapai County Board of Supervisors Carol Springer, Thomas Thurman and Chip Davis, Yavapai County, and Sheila Polk, defendants

ORIGINAL electronically filed
this 29th day of November, 2010, with:

Clerk of the Court
United States District Court
401 W. Washington Street
Phoenix, Arizona  85003

COPY of the foregoing mailed
this 29th day of November, 2010 to:

The Honorable John W. Sedwick
District Court of Arizona
401 W. Washington Street
Phoenix, Arizona  85003

COPY of the foregoing mailed this 29th day of November, 2010 to:

P. "Mike" Palmer
PO Box 5564
Glendale, Arizona  85312
Plaintiff Pro Se

/s/ Heather A. Coover