1   Marc A. Appel, Esq., #010759
    **APPEL LAW OFFICE, P.L.L.C.**
2   10601 N. Hayden Rd., Suite I-103
    Scottsdale, Arizona 85260
3   Telephone:  (480) 315-1216
    Facsimile:  (480) 315-1218
4   Email:  Marc.appel@azbar.org

5   Attorney for the Honorable Mary E. Hamm,
    the Honorable Arthur Markham, Clerk Cynthia
6   J. Runner, Yavapai County Board of
    Supervisors Carol Springer, Thomas Thurman
7   and Chip Davis, Yavapai County, and Sheila Polk, defendants

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                    **IN AND FOR THE DISTRICT OF ARIZONA**
10

11   Peter Michael Palmer, an individual,

12              Plaintiff,                              No.  CV10-08049-JWS

13        v.

     Yavapai County, a political subdivision of      **DEFENDANTS YAVAPAI COUNTY**
14   the State of Arizona; Mary E. Hamm and          **AND YAVAPAI COUNTY**
     John Doe Hamm, wife and husband; Sheila         **ATTORNEY SHEILA POLK'S**
15   Polk and John Doe Polk, wife and husband;       **RESPONSE TO PLAINTIFF'S**
     Carol Springer and John Doe Springer, wife      **MOTION TO STRIKE THEIR**
16   and husband; Thomas Thurman and Jane            **ANSWER TO THE PLAINTIFF'S**
     Doe Thurman, husband and wife; Chip Davis       **FIRST AMENDED COMPLAINT**
17   and Jane Doe Davis, husband and wife;
     Cynthia J. Runner and John Doe Runner,          (Assigned to the Honorable John W.
18   wife and husband; Arthur Markham and Jane       Sedwick)
     Doe Markham, husband and wife; John and
19   Jane Does I-X,

20              Defendants.

21
          Defendants Yavapai County and Yavapai County Attorney Sheila Polk request
22
     that the plaintiff's motion to strike document 56 (Yavapai County and Yavapai County
23
     Attorney Sheila Polk's answer to the plaintiff's first amended complaint) be denied
24
     because the plaintiff has not set forth any legal basis for that answer to be stricken.
25   …………
26   …………

                                        -1-

DATED this 29th day of November, 2010.

**APPEL LAW OFFICE, P.L.L.C.**


By  /s/ Marc A. Appel  _____
    Marc A. Appel, Esq.
    10601 N. Hayden Road, Suite I-103
    Scottsdale, Arizona 85260
    Attorney for the Honorable Mary E.
    Hamm, the Honorable Arthur
    Markham, Clerk Cynthia J. Runner,
    Yavapai County Board of Supervisors
    Carol Springer, Thomas Thurman and
    Chip Davis, Yavapai County, and
    Sheila Polk, defendants

ORIGINAL electronically filed
this 29th day of November, 2010, with:

Clerk of the Court
United States District Court
401 W. Washington Street
Phoenix, Arizona  85003

COPY of the foregoing mailed
this 29th day of November, 2010 to:

The Honorable John W. Sedwick
District Court of Arizona
401 W. Washington Street
Phoenix, Arizona  85003

COPY of the foregoing mailed this
29th day of November, 2010 to:

P. "Mike" Palmer
PO Box 5564
Glendale, Arizona  85312
Plaintiff Pro Se

/s/ Heather A. Coover