P. "Mike" Palmer
POB 5564
Glendale, AZ 85312
602-513-3738 (cell)
Pro Se

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| Peter Michael Palmer, an individual, | CV 10-8049-JWS |
|---|---|
| Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S NOTICE OF APPEAL** |
| vs. | |
| Yavapai County; et al., | |
| Defendants | |

Plaintiff files this timely response to defendants' motion (Doc 63) to strike my Notice of Appeal.[1]

Plaintiff requests defendants' motion be denied for lack of jurisdiction and/or because defendants have not set forth any legal basis for their motion. Additionally or alternatively, the Court should deny the motion for failure to comply with Local Rules.

First, it seems to this pro se litigant that the matter of appeal is no longer in this Court's jurisdiction. The USCA has accepted the Notice, assigned a Case Number and accepted venue.

Second, defendants cite the need for a Rule 54 or Rule 54(b) judgment before filing an appeal. The Court would know best, but pro se litigant does not believe such a requirement exists. Pro se plaintiff borrowed heavily from the Notice of Appeal filed in

---

[1] Three day extension for service by mail, per Fed.R.Civ.P. 6(d).

1  the high profile case of *AE JA ELLIOT PARK*[2], successfully heard in the Ninth Circuit.
2  In that matter and as in other examples found in the District of Arizona, Notices of
3  Appeal partially challenging a Court's order to dismiss have been successfully filed and
4  heard absent any judgement or invocation of Fed. R. Civ. P. 54.
5      Additionally or alternatively, the Court should deny the motion for failure to
6  comply with LRCiv 7.1(b)(2), for failure to lodge a proposed order. The Court cited a
7  similar Local Rule (LRCiv 15.1) in Doc. 46 (p 7) as ground for denying my motion to
8  amend my complaint because I did not attached a proposed amended pleading. If the
9  Court applies the same standard here as there, then the Court must deny defendants'
10 motion for similar failure to comply with the Rules. (The Court should note defendants
11 are represented by a professional attorney who is to be held to a higher standard than
12 the pro se litigant.)

SUBMITTED this 16th day of December 2010

By: /s/ *signature*
P. Michael Palmer
POB 5564
Glendale, AZ 85312
602-513-3738

**Certificate of Service:**

Copy of the foregoing mailed via
U.S. Mail on December 16, 2010 to:

Mr. Marc Appel
Appel Law Office, P.L.L.C.
10601 N. Hayden Rd., Suite I-103
Scottsdale, AZ 85260

---

[2] CV-07-0021 in the US District Court for the Northern Manana Islands.