MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*Peter M. Palmer v. Yavapai County, et al*.

THE HONORABLE JOHN W. SEDWICK                    3:10-cv-08049 JWS

PROCEEDINGS:      **ORDER FROM CHAMBERS**         December 29, 2010

At docket 60, plaintiff Peter Palmer moves to strike defendants Yavapai County and Sheila Polk's answer at docket 56 and motion for summary judgment at docket 57. Palmer contends that defendants' answer and motion are "immaterial" on the grounds that Ms. Polk was not served in this action. Defendants must be served in accordance with Federal Rule of Civil Procedure 4(d) "or there is no personal jurisdiction." *Jackson v. Hayakawa*, 682 F.2d 1344, 1347 (9th Cir. 1982). "Defendants can waive the defect of lack of personal jurisdiction by appearing generally without first challenging the defect in a preliminary motion or in a responsive pleading." *Id.* (internal citations omitted). Jurisdiction attaches where a defendant makes a voluntary general appearance such as by filing an answer through an attorney. *Id.* Because Ms. Polk filed an answer and a motion for summary judgment, she is subject to the court's personal jurisdiction. Palmer further argues that he has filed a notice of appeal at docket 58, and that defendants' answer at docket 56 and motion at docket 57 will be moot if he prevails. Palmer's argument is unavailing because it is speculative.

Moreover, pursuant to District of Arizona Local Rule 7.2(m), a motion to strike may generally only be filed "if it is authorized by statute or rule, such as Federal Rules of Civil Procedure 12(f), 26(g)(2) or 37(b)(2)(A)(iii), or if it seeks to strike any part of a filing of submission on the ground that it is prohibited (or not authorized) by a statute, rule, or court order." Here, Mr. Palmer has not cited any statute or rule authorizing his motion to strike, nor does he seek to strike the answer or motion on the grounds that they are prohibited. For the above reasons, plaintiff's motion to strike at docket 60 is **DENIED**.