# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Michael Palmer,            ) | **JUDGMENT IN A CIVIL CASE** |
| )                                                     | |
| Plaintiff,        ) | CV 10-8049-PCT-JWS |
| )                                                     | |
| v.                 ) | |
| )                                                     | |
| County of Yavapai, et al,       ) | |
| )                                                     | |
| Defendants.    ) | |

___    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 5, 2011, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

                                                                          RICHARD H. WEARE
                                                                          District Court Executive/Clerk

January 5, 2011

                                                                           s/ D. Taylor
                                                                           By: Deputy Clerk

cc: (all counsel)